**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **ONE AVIATION CORPORATION,** | Case No. 18-3452; (____) |
| Debtor. | |
| Tax I.D. No. 47-3929649 | |

| | |
|---|---|
| In re: | Chapter 11 |
| **ACC MANUFACTURING, INC.,** | Case No. 18-34532 (____) |
| Debtor. | |
| Tax I.D. No. 35-2551364 | |

| | |
|---|---|
| In re: | Chapter 11 |
| **AIRCRAFT DESIGN COMPANY,** | Case No. 18-34533 (____) |
| Debtor. | |
| Tax I.D. No. 25-2551364 | |

| | |
|---|---|
| In re: | Chapter 11 |
| **BRIGADOON AIRCRAFT MAINTENANCE, LLC,** | Case No. 18-34534 (____) |
| Debtor. | |
| Tax I.D. No. 94-3329000 | |

01:23720162.1

```
------------------------------------------------------------x
                                              :
In re:                                        :   Chapter 11
                                              :
DR MANAGEMENT, LLC,                           :   Case No. 18-34535'(____)
                                              :
        Debtor.                               :
                                              :
Tax I.D. No. 32-0388703                       :
------------------------------------------------------------x
                                              :
In re:                                        :   Chapter 11
                                              :
ECLIPSE AEROSPACE, INC.,                      :   Case No. 18-34536 (____)
                                              :
        Debtor.                               :
                                              :
Tax I.D. No. 94-3329000                       :
------------------------------------------------------------x
                                              :
In re:                                        :   Chapter 11
                                              :
INNOVATUS HOLDING COMPANY,                    :   Case No. 18-34537 (____)
                                              :
        Debtor.                               :
                                              :
Tax I.D. No. 47-1219129                       :
------------------------------------------------------------x
                                              :
In re:                                        :   Chapter 11
                                              :
KESTREL AIRCRAFT COMPANY, INC.,               :   Case No. 18-34538 (____)
                                              :
        Debtor.                               :
                                              :
Tax I.D. No. 27-3032053                       :
------------------------------------------------------------x
                                              :
In re:                                        :   Chapter 11
                                              :
KESTREL BRUNSWICK CORPORATION,                :   Case No. 18-34539 (____)
                                              :
        Debtor.                               :
                                              :
Tax I.D. No. 27-5416741                       :
------------------------------------------------------------x
```

| | | |
|---|---|---|
| ----------------------------------------------------------------x : | | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **KESTREL MANUFACTURING, LLC,** | : | **Case No. 18-3453: (____)** |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 45-4241810 | : | |
| ----------------------------------------------------------------x : | | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **KESTREL TOOLING COMPANY,** | : | **Case No. 18-3453; (____)** |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 36-4739439 | : | |
| ----------------------------------------------------------------x : | | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **OAC MANAGEMENT, INC.,** | : | **Case No. 18-34542 (____)** |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 47-3929986 | : | |
| ----------------------------------------------------------------x | | |

**DEBTORS' MOTION FOR ENTRY OF ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

ONE Aviation Corporation and its affiliated debtors as debtors in possession in the above-captioned cases (collectively, the "Debtors") submit this motion (this "Motion") for entry of an order (the "Proposed Order"), substantially in the form attached hereto as **Exhibit A**, directing the joint administration of the above-captioned chapter 11 cases for procedural purposes only. In support of this Motion, the Debtors respectfully represent:

**BACKGROUND**

1. On Qevqdgt", ."423: (the "Petition Date"), the Debtors commenced voluntary cases (the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy

01:23720162.1

3

Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in the Chapter 11 Cases and no committees have been appointed or designated.

2.  The Debtors are hereby requesting that the Chapter 11 Cases be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

3.  The Debtors' principal business is the manufacturing and sale, refurbishment, upgrade, and service of aircraft in the "very light jet" market, and the research and development of new aircraft.

4.  Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the Chapter 11 Cases is set forth in the *Declaration of Michael Wyse in Support of Chapter 11 Petitions and First-Day Motions* (the "First Day Declaration"), which is incorporated herein by reference and filed contemporaneously herewith.

## JURISDICTION AND VENUE

5.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and, pursuant to Local Rule 9013-1(f), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in

connection herewith consistent with Article III of the United States Constitution. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6. The statutory and legal bases for the relief requested herein are section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015, and Local Rule 1015-1.

**RELIEF REQUESTED**

7. By this Motion, the Debtors request entry of the Proposed Order, pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, directing the joint administration of the Chapter 11 Cases for procedural purposes only. To that end, the Debtors request that a docket entry, substantially similar to the following, be entered on the docket of each of the Chapter 11 Cases (except that of ONE Aviation Corporation) to reflect the joint administration of the Chapter 11 Cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The docket in the chapter 11 case of ONE Aviation Corporation, Case No. 18-12309 (__) should be consulted for all matters affecting this case.

8. Further, the Debtors request that the Court maintain one file and one docket for all of the jointly administered Chapter 11 Cases under the case of ONE Aviation Corporation and that the Chapter 11 Cases be administered under a consolidated caption, as follows:

01:23720162.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: : Chapter 11
:
ONE AVIATION CORPORATION, *et al.*,[1] : Case No. 18-12309 (____)
:
Debtors. : Jointly Administered
:
---------------------------------------------------------------x

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The Debtors' corporate headquarters is located at 3250 Spirit Drive SE, Albuquerque, NM 87106.

**BASIS FOR RELIEF REQUESTED**

9. Bankruptcy Rule 1015(b) provides, in relevant part, that if "two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Section 105(a) of the Bankruptcy Code also provides the Court with the power to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." Further, Local Rule 1015-1 provides additional authority for the Court to order the joint administration of chapter 11 cases upon the filing of a motion supported by a declaration establishing that joint administration of two or more pending cases will ease the administrative burden of the Court and the parties.

10. The Debtors are "affiliates" within the meaning of section 101(2) of the Bankruptcy Code. Accordingly, the Court is authorized to grant the requested relief.

11. Given the complex and interlinked commercial relationships among the Debtors, joint administration of the Chapter 11 Cases will provide significant administrative convenience without harming the substantive rights of any party in interest. Many of the motions, hearings,

and orders that will arise in the Chapter 11 Cases will affect each and every Debtor. Thus, the entry of an order directing joint administration of the Chapter 11 Cases will reduce fees and costs by, for example, avoiding duplicative filings and objections. Moreover, joint administration also will allow all parties in interest to monitor the Chapter 11 Cases with greater ease. Furthermore, joint administration will relieve the Court of the burden of entering duplicative orders and maintaining duplicative files for each Debtor and will simplify administrative supervision of the Chapter 11 Cases by the Office of the United States Trustee.

12. In view of the benefits attendant to joint administration of the Chapter 11 Cases, and the absence of harm to any party in interest, the Debtors respectfully submit that the relief requested is appropriate and is in the best interests of the Debtors, their estates, their creditors, and all other parties in interest, and therefore this Motion should be granted.

## **NOTICE**

13. Notice of this Motion will be provided to: (i) the Office of the United States Trustee for the District of Delaware; (ii) the Debtors' 30 largest unsecured creditors (on a consolidated basis); (iii) Citiking International US, LLC; (iv) the Debtors' prepetition lenders; and (v) any party that requests service pursuant to Bankruptcy Rule 2002. Notice of this Motion and any order entered hereon will be served in accordance with Local Rule 9013-1(m). The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

01:23720162.1

**WHEREFORE**, the Debtors respectfully request entry of the Proposed Order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and granting the Debtors such other and further relief as is just and proper.

Dated: October 10, 2018
Wilmington, Delaware

/s/ Jaime Luton Chapman
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
Sean M. Beach (No. 4070)
Jaime Luton Chapman (No. 4936)
Jordan E. Sazant (No. 6515)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

Chris L. Dickerson (*pro hac vice* admission pending)
Brendan M. Gage (*pro hac vice* admission pending)
Nathan S. Gimpel (*pro hac vice* admission pending)
**PAUL HASTINGS LLP**
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

- and -

Todd M. Schwartz (*pro hac vice* admission pending)
**PAUL HASTINGS LLP**
1117 S. California Avenue
Palo Alto, California 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

*Proposed Counsel to the Debtors and Debtors in Possession*

01:23720162.1

# **EXHIBIT A**

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **ONE AVIATION CORPORATION,** | : | **Case No. 18-12309 (____)** |
| Debtor. | : | |
| Tax I.D. No. 47-3929649 | : | |

---

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **ACC MANUFACTURING, INC.,** | : | **Case No. 18-12310 (____)** |
| Debtor. | : | |
| Tax I.D. No. 35-2551364 | : | |

---

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **AIRCRAFT DESIGN COMPANY,** | : | **Case No. 18-12311 (____)** |
| Debtor. | : | |
| Tax I.D. No. 25-2551364 | : | |

---

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **BRIGADOON AIRCRAFT MAINTENANCE, LLC,** | : | **Case No. 18-12312 (____)** |
| Debtor. | : | |
| Tax I.D. No. 94-3329000 | : | |

01:23720162.1

```
---------------------------------------------------------x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
DR MANAGEMENT, LLC,                                      :   Case No. 18-12313 (____)
                                                         :
         Debtor.                                         :
                                                         :
Tax I.D. No. 32-0388703                                  :
---------------------------------------------------------x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
ECLIPSE AEROSPACE, INC.,                                 :   Case No. 18-12314 (____)
                                                         :
         Debtor.                                         :
                                                         :
Tax I.D. No. 94-3329000                                  :
---------------------------------------------------------x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
INNOVATUS HOLDING COMPANY,                               :   Case No. 18-12315 (____)
                                                         :
         Debtor.                                         :
                                                         :
Tax I.D. No. 47-1219129                                  :
---------------------------------------------------------x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
KESTREL AIRCRAFT COMPANY, INC.,                          :   Case No. 18-12316 (____)
                                                         :
         Debtor.                                         :
                                                         :
Tax I.D. No. 27-3032053                                  :
---------------------------------------------------------x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
KESTREL BRUNSWICK CORPORATION,                           :   Case No. 18-12317 (____)
                                                         :
         Debtor.                                         :
                                                         :
Tax I.D. No. 27-5416741                                  :
---------------------------------------------------------x
```

|  |  |
|---|---|
| ------------------------------------------------------------x <br> In re: <br><br> **KESTREL MANUFACTURING, LLC,** <br><br> Debtor. <br><br> Tax I.D. No. 45-4241810 <br> ------------------------------------------------------------x | : <br> : **Chapter 11** <br> : <br> : **Case No. 18-12318 (____)** <br> : <br> : <br> : <br> : <br> : <br> : |
| In re: <br><br> **KESTREL TOOLING COMPANY,** <br><br> Debtor. <br><br> Tax I.D. No. 36-4739439 <br> ------------------------------------------------------------x | : <br> : **Chapter 11** <br> : <br> : **Case No. 18-12319 (____)** <br> : <br> : <br> : <br> : <br> : <br> : |
| In re: <br><br> **OAC MANAGEMENT, INC.,** <br><br> Debtor. <br><br> Tax I.D. No. 47-3929986 <br> ------------------------------------------------------- x | : <br> : **Chapter 11** <br> : <br> : **Case No. 18-12320 (____)** <br> : <br> : <br> : <br> : **RE: Docket No. ___** |

### ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of ONE Aviation Corporation and its affiliated debtors as debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, directing the joint administration of the above-captioned chapter 11 cases (the "Chapter 11 Cases") for procedural purposes only, all as more fully described in the Motion; and upon consideration of the First Day Declaration; and this Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing and all of the proceedings had before this Court; and this

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be provided; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and this Court having found that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court.

3. The Clerk of this Court shall maintain one file and one docket for all of the Chapter 11 Cases, which file and docket shall be the file and docket of ONE Aviation Corporation, Case No. 18-12309 (____).

4. All pleadings filed in the Chapter 11 Cases shall bear a consolidated caption in the following form:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re:                                                        :    Chapter 11
                                                              :
**ONE AVIATION CORPORATION**, *et al.*,[1]                    :    Case No. 18-12309 (____)
                                                              :
            Debtors.                                          :    Jointly Administered
                                                              :
---------------------------------------------------------------x

[1]   The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are:  ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986).  The Debtors' corporate headquarters is located at 3250 Spirit Drive SE, Albuquerque, NM 87106.

5. A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986).  The docket in the chapter 11 case of ONE Aviation Corporation, Case No. 18-12309 (__) should be consulted for all matters affecting this case.

6. One consolidated docket, one file, and one consolidated service list for the Chapter 11 Cases shall be maintained by the Debtors and kept by the Clerk of this Court.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases.

8. The Debtors and the Clerk of this Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2018
      Wilmington, Delaware

_____

UNITED STATES BANKRUPTCY JUDGE