**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| ONE Aviation Corp., *et al.*, | : | Case No. 18-12309 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Aircraft Computer Corp.** Attn: Adam Siegel, 945 McKinney Street, PMB434, Houston, TX, 77002, Phone: 713-999-5383

2. **Kenneth D. Ross,** 49 Park Ln, Golf, Illinois, 60029 Phone: 847-980-8620

3. **Traverse, LLC,** Attn: Albert Altro, 25 Orion Way, Trabuco Canyon, CA, 92679, Phone: 310-809-5064

    ANDREW R. VARA
    Acting United States Trustee, Region 3

    /s/ *Linda J. Casey* for
    T. PATRICK TINKER
    ASSISTANT UNITED STATES TRUSTEE

DATED: October 22, 2018

Attorney assigned to this Case: Linda J. Casey, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Jaime Chapman, Esq., Phone: 302-571-6600, Fax: 302-571-1253