**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:                                                        Chapter 11

**ONE AVIATION CORPORATION, *et al.*,[1]**        Case No. 18-12309 (CSS)

　　　　　**Debtors.**

---

### GLOBAL NOTES AND METHODOLOGY REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

**These Global Notes and Methodology Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are an integral part of all of the Debtors' Schedules and Statements (defined below). The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.**

### Introduction

The Schedules of Assets and Liabilities (the "Schedules" or "SOAL") and Statements of Financial Affairs (the "Statements" or "SOFA") filed by ONE Aviation Corporation and its subsidiaries ("ONE Aviation") as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") were prepared by the Debtors' management pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and are unaudited.

While the Debtors have made every reasonable effort to ensure that their Schedules and Statements are accurate and complete, based upon information available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The Debtors' corporate headquarters is located at 3250 Spirit Drive SE, Albuquerque, NM 87106.

review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and Statements.

Michael Wyse, Chairman of the Board of Directors of ONE Aviation Corporation and an authorized signatory for each of the Debtors, has signed Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Wyse relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Wyse has not (nor could have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

**Basis of Presentation.**  The Schedules and Statements are unaudited and the Debtors do not purport them to be financial statements prepared in accordance with generally accepted accounting principles in the United States of America ("U.S. GAAP"), nor were they reconciled with the Debtors' financial statements. The Debtors' financial statements have not been audited since the audit of the 2016 financial statements; the auditor of the 2016 financial statements did not provide a final and signed copy of the audited financial statements. Subsequent financial statements of the Debtors have not been audited. These Schedules and Statements represent the Debtors' good-faith attempt to comply with the requirements of the Bankruptcy Code and Bankruptcy Rules using commercially reasonable efforts and resources available and remain subject to further review and potential adjustment.

**Reservation of Rights.**  Neither the Debtors nor their advisors who assisted in the preparation of the Schedules and Statements guarantee or warrant the accuracy or completeness of the data that is provided herein, nor shall they be liable for any loss or injury arising out of or caused in whole or in part by the errors or omissions, negligent or otherwise, in preparing, collecting, reporting, or communicating the information contained herein. The Debtors and their advisors do not have an obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party upon such revisions. In no event shall the Debtors or their advisors be liable to any third party for any direct, indirect, incidental, consequential, or other damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their advisors are advised of the possibility of such damages. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

The failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

The Debtors have made commercially reasonable efforts to correctly characterize, classify, and categorize claims, assets, and executory contracts, among other items reported in the Schedules

and Statements. However, due to the complexity and size of the Debtors' business as well as the significant amount of turnover over the last several years, the Debtors may have inadvertently improperly characterized, classified, categorized, or designated certain items. The impact of personnel turnover may have resulted in records for certain historical information being lost or misplaced thereby impacting the Debtors ability to report on these matters. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate as additional information becomes available.

**Specific Notes.** These Global Notes are in addition to the specific notes set forth in the Schedules and Statements of the individual Debtor entities. The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the Debtors' remaining Schedules or Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.

**Dates.** Unless otherwise noted, all asset and liability balances reported in the Schedules are as of October 9, 2018 (the "Petition Date").

**Valuation.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of the Petition Date. Cash is reported as of the Petition Date on a bank basis. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements. It should also be noted that the Debtors have already tried to market the assets. Two investment bankers, Duff and Phelps and Guggenheim, ran marketing processes of debtor assets. The marketing processes did not result in interested parties expressing sufficient demand to close a transaction with the Debtors.

**Quantification of Claims.** Amounts that were not readily quantifiable by the Debtors were reported as "undetermined," which is not intended to reflect the magnitude of the claim.

**Claims Paid Pursuant to Court Orders.** The Bankruptcy Court authorized the Debtors to pay certain prepetition claims, including but not limited to, certain insurance payments, taxes, employee-related claims, customer claims, and critical vendor claims. Consequently, the Debtors have paid certain prepetition fixed, liquidated, and undisputed unsecured claims following the Petition Date. As such, claims against the Debtors for prepetition amounts may have been paid as of the time the Debtors filed their Schedules and Statements and may not have been included in those Schedules and Statements.

**Inter-Affiliate Assets and Liabilities.** The Debtors have reconciled inter-affiliate amounts owed to and from entities. There may be instances where the Debtors may have inadvertently improperly

characterized, classified, categorized, or designated certain items based upon the information available at the time. As additional information becomes available and further research is conducted, the allocation of amounts due to and from different debtor entities may be updated. The Debtors thus reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate.

**Kestrel Aircraft Company, Inc.'s and Subsidiaries' Historical Depreciation Practices.** Kestrel Aircraft Company, Inc. ("Kestrel") and subsidiaries have historically not depreciated their assets on a line item basis. As such, the fixed asset values are generally shown at cost.

**Liabilities.**  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

**Exclusions.**  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including certain employee-benefit accruals, accrued accounts payable, deferred revenue, and deferred gains. The Debtors have also excluded potential rejection-damage claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims may exist. In addition, the Debtors may have excluded certain immaterial assets and liabilities.

**Causes of Action.**  The Debtors, despite their good-faith efforts, may not have listed all of their causes of action against third parties as assets in the Schedules and Statements. The Debtors reserve all of their rights with respect to any causes of action they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

**Insiders.**  For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) affiliates of the foregoing and the insiders thereof.  Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

**Payroll Obligations.**  The Debtors' record payroll and benefits for all employees, regardless of the employer, at Debtor Eclipse Aerospace, Inc. ("Eclipse").

**Leases.**  In the ordinary course of business, the Debtors may lease certain fixtures and equipment from certain third-party lessors for use in the daily operation of their businesses. The underlying lease agreements are listed on Schedule G and any current amount due under such leases that were

outstanding as of the Petition Date are listed on Schedule F. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to such issues.

**Litigation.** Certain litigation reflected as claims against ONE Aviation or one of its wholly owned subsidiaries may relate to any of the other Debtors. The Debtors have made reasonable efforts to accurately record these actions in the Schedules and Statements of the Debtors that are the party to the action.

**Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included therein.

**Employee Addresses**. The Debtors listed current employee addresses, including those of officers, as the address of the Debtor where the employee is employed.


**Notes to Statement of Financial Affairs**

**SOFA 1/2.** The Debtors' gross revenue from business represents business revenue before the consideration of returns, allowances, and sales discounts offered to customers and is inclusive of intercompany sales amongst Debtors. Year-to-date revenue as of October 8, 2018, is both preliminary and subject to material revision.

**SOFA 3/4.** As described more fully in *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Continue Intercompany Transactions, and (C) Maintain and use Existing Bank Accounts and Check Stock* [Docket No. 6], the Debtors maintain a centralized cash-management system in which all Debtors' receipts are directed to accounts managed by Eclipse. Similarly, a vast majority of disbursements are sent out by bank accounts managed by Eclipse on behalf of other Debtor entities and therefore are reflected on Eclipse's SOFA 3. The interbank account cash activity related to the cash-management system has been excluded from SOFA 3 and 4 due to the significant volume and nature of the transactions.

Amounts paid by check are included in SOFA 3 and 4 based on the date of issuance and certain amounts may not have ultimately cleared the Debtors bank accounts due to the cancellation of checks as of the Petition Date. Officer compensation, appearing in Exhibits 3 and 4, is gross of any tax withholding, 401(k) deductions, employee contributions to health insurance, or garnishments and does not include any employer matching of 401(k) contributions. The employee compensation paid to insiders is listed on SOFA 4 of the applicable employer despite the fact that ADP is funded from the Eclipse bank account.

Disbursements to ADP made from Eclipse represent the payment of payroll, remittance of payroll related taxes, remittances of garnishments to various state agencies, and the payment of ADP

payroll-processing fees. These amounts include payments to insiders that have been scheduled separately and may be duplicative.

Former and current insiders have received discounted aircraft maintenance, parts, and services from the Debtors. In many instances there are warranties in place that result in the Debtors being able to provide the maintenance and / or parts to parties at zero or minimal out-of-pocket cost to the Debtors. As such, the Debtors have excluded these costs from SOFA 3 and 4. In addition, given the nature of the terms of the purchase agreement with North American Jet Charter Group LLC and the business conducted by this entity, where a benefit may have been received through this entity, these benefits have been excluded. North American Jet Charter Group LLC and the entity's parent, Orion Aviation Holdings LLC, are third-party entities not affiliated with the Debtors or any current insiders of the Debtors.

**SOFA 5.**  Prior to the Petition Date, the Debtors had numerous assets seized by the Sheriff's Department of Bernalillo County, New Mexico (the "Sherriff's Department") related to claims asserted by Edward Lundeen and Henry and Katheryn Orlosky. Subsequent to the Petition Date, certain of those assets were returned to the Debtors. Only the assets that have not been returned to the Debtors have been included on SOFA 5. The Debtors have attempted to obtain data from the Sheriff's Department as to the prices that assets have been sold at and the creditors that have received the proceeds of the sales. The Sheriff's Department has provided some information but the Debtors are still trying to obtain information on the sales proceeds realized and the creditors that received the proceeds. As a result, the Debtors have listed the claims of these creditors as unliquidated on Schedule F.

**SOFA 6.**  The Debtors periodically incur certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, credits, warranties, refunds, and other disputes between the Debtors and their customers and/or suppliers. These normal setoffs are consistent with the ordinary course of business in the Debtors' industry. The Debtors do not believe that any involuntary setoffs have occurred within the 90 days preceding the Petition Date but reserve the right to update SOFA question six should they become known.

**SOFA 11.**  The Debtors record fee and expense obligations to restructuring professionals in the books and records of the specific entity to which the invoice is addressed rather than the entity that the restructuring professionals spent most of their time engaged to assist. However, since the payments benefited all of the Debtors, the payments are reflected on each of their respective Statements.

**SOFA 21.**  In 2017, Eclipse completed a sale of an aircraft to a foreign customer. Eclipse technically continues to hold title to the aircraft while the customer is seeking regulatory approvals. The customer has paid for the aircraft and Eclipse removed the aircraft from the books and records upon the receipt of payment. Since the Debtors do not possess or control this asset, it was not included on SOFA 21.

**SOFA 26d.**  The Debtors initiated sale processes in 2017 and 2018 respectively. The Debtors and their advisors uploaded certain unaudited financial information to a data room for potential interested parties to review. The list of the parties that had access to the Debtors' books and records

during that time period is available upon request of the US Trustee as the Debtors have entered into non-disclosure agreements with these parties.

**SOFA 27.**  The Debtors do not routinely perform full physical inventory counts. Instead, Eclipse developed a cycle count program to be used in lieu of annual physical inventories, provided the cycle counts were shown to have adequate accuracy. The cycle count program is an SAP-generated inventory-valuation method at cost that categorizes and then counts certain parts held within the Debtors' inventories at different frequencies depending on classification to produce a complete inventory value. The cycle count program utilized by the Debtors was previously accepted by the former external auditor. The formal cycle count program was suspended following the reduction in force in October, 2017. The only other entity that holds inventory is Kestrel. The remaining Debtor entities do not carry inventory on their books.

### Notes to the Schedules of Assets and Liabilities

**Schedule A/B 15.**  Eclipse currently holds a non-controlling interest in non-publicly traded shares of Aspen Avionics, Inc. The Debtors have contacted Aspen Avionics, Inc. to obtain information on the number of shares held, percentage of the interest in the company, and the value per share but have yet to receive a response. As such, the value of this interest is undetermined.

**Schedule A/B 19-22.**  The Debtors have not conducted a physical inventory count since December 2012. This physical inventory count reviewed only for a portion of the Debtors' inventory at the time.

**Schedule A/B 24.**  The Debtors do not have any 'perishable' inventory although there is some inventory which is identified as having finite shelf lives, some of which have passed their respective shelf lives since the Petition Date. The Debtors estimate the value of affected inventory at cost to be less than $15,000.

**Schedule A/B 39.**  The Debtors' financial statements include a line item for accumulated depreciation but, other than Eclipse Aerospace, Inc., fixed assets within the Debtors' financial

statements have not been depreciated on an individual basis and depreciation schedules have not been utilized for these fixed assets.

**Schedule A/B 49.**   The assets include but are not limited to experimental planes and flight simulators used for training exercises. These assets are not manufactured or marketed for sale by the Debtors in the ordinary course of business.

**Schedule A/B 61.**   The Debtors do not maintain a list indicating the ownership of each of the internet domain names, as a result, the domain names have been attributed to the various entities to the best of the Debtor's knowledge.

**Schedule A/B 72.**   The Debtors are still in the process of filing certain tax returns registered with various governmental taxing authorities, which may result in net operating losses that have not yet been identified or registered.

**Schedule D.**   The Debtors reserve the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtors. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D. Certain of the Debtors' agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financing agreements. No attempt has been made to identify such agreements for purposes of Schedule D.

**Schedule E/F.**   The listing by the Debtors of any account between a Debtor and another Debtor is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

Certain of the claims of state and local taxing authorities set forth in Schedule E/F, ultimately may be deemed to be secured claims pursuant to state or local laws.

Certain of the claims owing to various taxing authorities to which the Debtors may be liable may be subject to ongoing audits. The Debtors reserve their right to dispute or challenge whether claims owing to various taxing authorities are entitled to priority, and the listing of any claim on Schedule

E/F does not constitute an admission that such claim is entitled to priority treatment pursuant to section 507 of the Bankruptcy Code.

The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Pursuant to the *Final Order (I) Authorizing Debtors to (A) Pay Employee Compensation and Benefits and (B)Maintain and Continue Such Benefits and Other Employee Related Programs And (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related to Such Payments* [Docket No. 115-1], the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations for employee wages, salaries, and other compensation, reimbursable employee expenses, and employee medical and similar benefits. The Debtors have not listed on Schedule E/F certain wage and wage-related obligations that they have paid or for which they have been granted authority to pay and intend to pay pursuant to the Wages Order.

Pursuant to the *Final Order (I) Authorizing Debtors to Honor Prepetition Obligations to Customers and Continue Certain Customer Programs and (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations* [Docket No. 118], the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations owing to customers. The Debtors have not listed on Schedule E/F certain customer warranty and training obligations that they have paid or for which they have been granted authority to pay and intend to pay pursuant to the Wage and Customer Program Orders.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has a receipt not invoiced.

The claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While reasonable efforts have been made to determine the date upon which each claim in Schedule F was incurred or arose, making all such determinations would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule F.

In addition, certain claims listed on Schedule F may be entitled to priority under 11 U.S.C. § 503(b)(9). The Debtors have made their best efforts to include all trade creditors on Schedule F; however, the Debtors believe there are instances where vendors have yet to provide proper invoices for prepetition goods or services.

Deferred compensation claims are listed according to the Debtor that employed the employee at the time of filing or the last employer of the former employee. This is despite the fact that certain

claims were potentially incurred while an employee was employed by multiple other debtor entities.

**<u>Schedule G.</u>**  While commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusions may have occurred. The Debtors reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been extended by evergreen clauses, modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter, and other documents, instruments, and agreements which may not be listed therein.

In the ordinary course of business, the Debtors have entered into numerous agreements, both written and oral, regarding the provision of certain services on a month-to-month basis, as well as purchase orders. The Debtors generally do not believe that such agreements constitute executory contracts and therefore, such agreements are not listed individually on Schedule G. Nevertheless, the Debtors reserve the right to assert that such agreements constitute executory contracts.

In some cases, the same supplier or provider may have multiple agreements listed in Schedule G. These agreements represent distinct agreements between the applicable Debtor and such supplier or provider and will be listed as multiple contracts under the same counterparty.

Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G.  In addition, the applicable Debtor may have entered into various other types of agreements in the ordinary course of their business, such as easements, right of way, subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G.

In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The Debtors reserve all rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including, without limitation, any intercompany agreement) related to claims against or interest in any Debtor. Finally certain of the executory agreements may not have been memorialized and could be subject to dispute.

Listing a contract or agreement on this schedule does not constitute, and should not be deemed to be, an admission that such contract or agreement is an executory contract or unexpired lease. Any and all of the Debtors' rights, claims, and causes of action with respect to the contracts and agreements listed on this schedule are hereby reserved and preserved. Similarly, the listing of a

contract or lease on this schedule does not constitute an admission that such document is not a secured financing.

Absence of listing expired executory contracts on the Schedules does not constitute a waiver of survival terms and conditions of such experienced contracts. Any survival terms remain in full force and effect. The Debtors reserve all their rights and reservations.

**Fill in this information to identify the case:**

Debtor name  Kestrel Aircraft Company, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number (If known):  18-12309

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| **Part 1:** | **Summary of Assets** |

### 1. Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

1a. Real property:
Copy line 88 from Schedule A/B.................................................................

$0.00

1b. Total personal property:
Copy line 91A from Schedule A/B................................................................

$31,010,794.56
+ Undetermined

1c. Total of all property:
Copy line 92 from Schedule A/B...................................................................

$31,010,794.56
+ Undetermined

| **Part 2:** | **Summary of Liabilities** |

### 2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule
D...................................................................................................................

$3,876,508.00

### 3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

3a. Total claim amounts of priority unsecured claims:
Copy the total claims from Part 1 from line 5a of Schedule E/F....................................

$1,050.00

3b. Total amount of claims of nonpriority amount of unsecured claims:
Copy the total of the amount of claims from Part 2 from line 5b of Schedule
E/F........................................................................................................................

$66,909,581.60
+ Undetermined

### 4. Total liabilities...................................................................................................
Lines 2 + 3a + 3b

$70,787,139.60
+ Undetermined

**Fill in this information to identify the case:**

Debtor name   Kestrel Aircraft Company, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (If known):  18-12309

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:     Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand**          $      0.00

**3. Checking, savings, money market, or financial brokerage accounts (Identify all)**

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| See Exhibit 3 - Accounts | | | $     49.35 |

**4. Other cash equivalents (Identify all)**

| | |
|---|---|
| See Exhibit 4 - Other Cash Equivalents | $     132,759.46 |
| | + Undetermined |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$     132,808.81
+ Undetermined

**Part 2:**    Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| NONE | $                    0.00 |
| --- | --- |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of deposit

| NONE | $                    0.00 |
| --- | --- |

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$                    0.00

**Part 3:**    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

**11. Accounts receivable**

| 11a. 90 days old or less: | $_____ + Undetermined | - | $_____ + Undetermined | = | $                    0.00 |
| --- | --- | --- | --- | --- | --- |
|  | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $_____ + Undetermined | - | $_____ + Undetermined | = | $                    0.00 |
|  | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$                    0.00

**Part 4:**    Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| NONE | | $                    0.00 |
| --- | --- | --- |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                                    % of ownership:

See Exhibit 15 - Non-Publicly Traded Stock                    %                                    $           0.00

                                                                              + Undetermined

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

NONE                                                                        $           0.00

**17. Total of Part 4**

　　Add lines 14 through 16. Copy the total to line 83.                        $           0.00

                                                                              + Undetermined

---

**Part 5:　　Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| NONE | | $           0.00 | | $           0.00 |
| | MM / DD / YYYY | | | |
| **20. Work in progress** | | | | |
| NONE | | $           0.00 | | $           0.00 |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| NONE | | $           0.00 | | $           0.00 |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| NONE | | $           0.00 | | $           0.00 |
| | MM / DD / YYYY | | | |

**23. Total of Part 5**

　　Add lines 19 through 22. Copy the total to line 84.                        $           0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| NONE | $ 0.00 | | $ 0.00 |
| **29. Farm animals Examples: Livestock, poultry, farm-raised fish** | | | |
| NONE | $ 0.00 | | $ 0.00 |
| **30. Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| NONE | $ 0.00 | | $ 0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| NONE | $ 0.00 | | $ 0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| NONE | $ 0.00 | | $ 0.00 |

**33 . Total of Part 6**

Add lines 28 through 32. Copy the total to line 85..

$ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☒ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☒ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year**

☒ No
☐ Yes

## Part 7:     Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

| NONE | $                  0.00 | | $                  0.00 |

**40. Office fixtures**

| NONE | $                  0.00 | | $                  0.00 |

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| NONE | $                  0.00 | | $                  0.00 |

**42. Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles**

| NONE | $                  0.00 | | $                  0.00 |

**43. Total of Part 7.**

  Add lines 39 through 42. Copy the total to line 86.

$                  0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 8:     Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| NONE | $                  0.00 | | $                  0.00 |

**48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels**

| NONE | | $ | 0.00 | | $ | 0.00 |
|------|--|---|------|--|---|------|

**49. Aircraft and accessories**

| NONE | | $ | 0.00 | | $ | 0.00 |
|------|--|---|------|--|---|------|

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| See Exhibit 50 - Machinery | | $ | 307,363.45 | | $ | 307,363.45 |
|----------------------------|--|---|------------|--|---|------------|
| | | | + Undetermined | | | + Undetermined |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$    307,363.45

\+ Undetermined

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 9:**  **Real property**

---

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| NONE | | $   0.00 | | $   0.00 |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$    0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

# Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

| NONE | $ 0.00 | | $ 0.00 |

**61. Internet domain names and websites**

| See Exhibit 61 - Internet Domain Names | $ 0.00 | | $ 0.00 |
| | + Undetermined | | + Undetermined |

**62. Licenses, franchises, and royalties**

| NONE | $ 0.00 | | $ 0.00 |

**63. Customer lists, mailing lists, or other compilations**

| See Exhibit 63 - Customer Lists | $ 0.00 | | $ 0.00 |
| | + Undetermined | | + Undetermined |

**64. Other intangibles, or intellectual property**

| See Exhibit 64 - Other Intangibles | $ 85,200,000.00 | | $ 0.00 |
| | + Undetermined | | + Undetermined |

**65. Goodwill**

| NONE | $ 0.00 | | $ 0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $ 0.00 |
| + Undetermined |

**67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

# Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

See Exhibit 71 - Notes Receivable    $   30,570,622.30   -   $   0.00   =   $   30,570,622.30

                              Total face amount      doubtful or uncollectible accounts

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

See Exhibit 72 - Tax Refund            Tax year _____    $   0.00

                                                            **+ Undetermined**

**73. Interests in insurance policies or annuities**

NONE    $   0.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

See Exhibit 74 - Cause of Action    $   0.00

    Nature of claim _____                     **+ Undetermined**

    Amount requested   $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

NONE    $   0.00

    Nature of claim _____

    Amount requested   $ _____

**76. Trusts, equitable or future interests in property**

NONE    $   0.00

**77. Other property of any kind not already listed Examples: Season tickets, country club membership**

NONE    $   0.00

**78. Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.    $   30,570,622.30

                                                                 **+ Undetermined**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 132,808.81<br>+ Undetermined | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| **83. Investments.** *Copy line 17, Part 4.* | $ 0.00<br>+ Undetermined | |
| **84. Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 307,363.45<br>+ Undetermined | |
| **88. Real property.** *Copy line 56, Part 9* .............................................➤ | | $ 0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00<br>+ Undetermined | |
| **90. All other assets.** *Copy line 78, Part 11.* | $ 30,570,622.30<br>+ Undetermined | |
| **91. Total.** **Add lines 80 through 90 for each column.** ....................................... 91a. | $ 31,010,794.56<br>+ Undetermined | 91b. $ 0.00 |
| **92. Total of all property on Schedule A/B.** **Lines 91a + 91b = 92**............................................................................... | | $ 31,010,794.56<br>+ Undetermined |

Debtor  Kestrel Aircraft Company, Inc.
Name

Case number (if known)  18-12309

# PART 1, EXHIBIT 3 - ACCOUNTS

(Continuation Sheet)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| 3.1 TD Bank | Money Market Account | XXX - 9000 | $49.35 |

| | | Total | $49.35 |
|---|---|---|---|

Sheet no. 1 of 1 continuation sheets

Debtor  Kestrel Aircraft Company, Inc.                                   Case number (if known)  18-12309
        Name

# PART 1, EXHIBIT 4 - OTHER CASH EQUIVALENTS
### (Continuation Sheet)

| Other cash equivalents | Current value of debtor's interest |
|---|---|
| 4.1  National Bank of Commerce - NMTC Escrow Account | $132,759.46 |

|  | **Total** | 132,759.46 |
|---|---|---|
|  |  | + Undetermined |

Sheet no. 1 of 1 continuation sheets

# PART 4, EXHIBIT 15 - NON-PUBLICLY TRADED STOCK AND INTERESTS

## (Continuation Sheet)

| Name of entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 15.1  DR Management, LLC | 100.0% | N/A | + Undetermined |
| 15.2  Kestrel Brunswick Corporation | 100.0% | N/A | + Undetermined |
| 15.3  Kestrel Tooling Company | 100.0% | N/A | + Undetermined |

|  | **Total** | $0.00 |
|---|---|---|
|  |  | + Undetermined |

# PART 8, EXHIBIT 50 - MACHINERY

### (Continuation Sheet)

| General description<br>Include year, make, model, and identification numbers | Net book value of<br>debtor's interest | Valuation method used<br>for current value | Current value of<br>**debtor's interest** |
|---|---|---|---|
| 50.1 Vertical Leading Edge, Layup | $46,546.83 | Cost | $46,546.83 |
| 50.2 Fairing Assy, WTB, FWD, LH, Layup | $37,258.44 | Cost | $37,258.44 |
| 50.3 Fairing Assy, WTB, FWD, RH, Layup | $34,835.31 | Cost | $34,835.31 |
| 50.4 Fairing Assy, WTB, LWR, RH, Layup | $32,643.96 | Cost | $32,643.96 |
| 50.5 Fairing Assy, WTB, LWR, LH, Layup | $32,058.22 | Cost | $32,058.22 |
| 50.6 Fairing Assy, WTB, AFT, RH, Layup | $31,012.43 | Cost | $31,012.43 |
| 50.7 Fairing Assy, WTB, MID, RH, Layup | $19,036.02 | Cost | $19,036.02 |
| 50.8 Fairing Assy, WTB, MID, LH, Layup | $18,352.01 | Cost | $18,352.01 |
| 50.9 Access Door, Lower Cowl - LH & RH, Layup | $10,420.03 | Cost | $10,420.03 |
| 50.10 Vertical Leading Edge, T&D | $8,848.31 | Cost | $8,848.31 |
| 50.11 Fairing, Flap Track, Mid, FWD, LH & RH, Layup | $6,987.01 | Cost | $6,987.01 |
| 50.12 Drain Mast, Laminate - Lower Cowl, LH, Layup | $5,727.99 | Cost | $5,727.99 |
| 50.13 Fairing, MLG Door, LH & RH, Layup | $5,213.84 | Cost | $5,213.84 |
| 50.14 Drain Mast, Laminate - Lower Cowl, RH, Layup | $5,123.20 | Cost | $5,123.20 |
| 50.15 Access Door, Lower Cowl, LH, T&D | $3,817.25 | Cost | $3,817.25 |
| 50.16 Access Door, WTB, AFT, LH&RH, Layup | $3,800.35 | Cost | $3,800.35 |
| 50.17 Fairing, Flap Track, Mid, Fwd, LH&RH, T&D | $2,076.62 | Cost | $2,076.62 |
| 50.18 Fairing, Flap Track, Mid, Fwd, LH&RH, T&D | $2,076.62 | Cost | $2,076.62 |
| 50.19 Access Door, WTB, AFT, RH, T&D | $1,529.01 | Cost | $1,529.01 |
| 50.20 Access Door, Lower Cowl, RH, T&D | + Undetermined | | + Undetermined |
| 50.21 QA Strap, Inspection Plate | + Undetermined | | + Undetermined |

| | | | |
|---|---|---|---|
| Total Net Book Value | $307,363.45 | Total Current Value | $307,363.45 |
| | + Undetermined | | + Undetermined |

Sheet no. 1 of 1 continuation sheets

Debtor   Kestrel Aircraft Company, Inc.   Case number (if known)   18-12309
Name

# PART 10, EXHIBIT 61 - INTERNET DOMAIN NAMES
## (Continuation Sheet)

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of **debtor's interest** |
|---|---|---|---|
| 61.1 kestrel.aero | + Undetermined | | + Undetermined |
| 61.2 kestrelaircraft.com | + Undetermined | | + Undetermined |

|  |  |
|---|---|
| Total Net Book Value | $0.00 |
| | + Undetermined |

|  |  |
|---|---|
| Total Current Value | $0.00 |
| | + Undetermined |

Sheet no. 1 of 1 continuation sheets

Debtor   Kestrel Aircraft Company, Inc.          Case number (if known)   18-12309
          Name

# PART 10, EXHIBIT 63 - CUSTOMER LISTS
## (Continuation Sheet)

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of **debtor's interest** |
|---|---|---|---|
| 63.1  Owner/ Operator List of ~300 entities | + Undetermined | | + Undetermined |

| | | |
|---|---|---|
| Total Net Book Value | $0.00 | |
| | + Undetermined | |

| | | |
|---|---|---|
| Total Current Value | $0.00 | |
| | + Undetermined | |

Sheet no. 1 of 1 continuation sheets

# PART 10, EXHIBIT 64 - OTHER INTANGIBLES
## (Continuation Sheet)

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of **debtor's interest** |
|---|---|---|---|
| 64.1  Kestrel Marketing Mockup | + Undetermined | | + Undetermined |
| 64.2  Management accumulated know-how | $21,300,000.00 | | + Undetermined |
| 64.3  Purchased Intellectual Property | $63,900,000.00 | | + Undetermined |

| | | | |
|---|---|---|---|
| Total Net Book Value | $85,200,000.00 + Undetermined | Total Current Value | $0.00 + Undetermined |

# PART 11, EXHIBIT 71 - NOTES RECEIVABLES
### (Continuation Sheet)

| Description (including name of obligor) | | | | | Current value of **debtor's interest** |
|---|---|---|---|---|---|
| Inter affiliate amount owed by Kestrel Manufacturing, LLC | $22,816,068.29 Total face amount | − | $0.00 doubtful or uncollectible amount | = | $22,816,068.29 |
| Inter affiliate amount owed by Kestrel Brunswick Corp. | $7,043,561.17 Total face amount | − | $0.00 doubtful or uncollectible amount | = | $7,043,561.17 |
| Inter affiliate amount owed by Kestrel Tooling Company | $600,300.00 Total face amount | − | $0.00 doubtful or uncollectible amount | = | $600,300.00 |
| Inter affiliate amount owed by DR Management, LLC | $59,050.00 Total face amount | − | $0.00 doubtful or uncollectible amount | = | $59,050.00 |
| Inter affiliate amount owed by Eclipse Aerospace, Inc. | $25,749.05 Total face amount | − | $0.00 doubtful or uncollectible amount | = | $25,749.05 |
| Inter affiliate amount owed by KAC Finance Company, Inc. | $24,642.43 Total face amount | − | $0.00 doubtful or uncollectible amount | = | $24,642.43 |
| Inter affiliate amount owed by ACC Manufacturing, Inc. | $1,251.36 Total face amount | − | $0.00 doubtful or uncollectible amount | = | $1,251.36 |

Total   $30,570,622.30

Debtor   Kestrel Aircraft Company, Inc.                                   Case number (if known)   18-12309
Name

## PART 11, EXHIBIT 72 - TAX REFUNDS AND NET OPERATING LOSSES
### (Continuation Sheet)

| General Description | Type | Tax year | Amount | Current value of **debtor's interest** |
|---|---|---|---|---|
| 72.1  Unknown | | | + Undetermined | + Undetermined |

|  | |
|---|---|
| Total | $0.00 |
| | + Undetermined |

# PART 11, EXHIBIT 74 - CAUSES OF ACTION AGAINST THIRD PARTIES
### (Continuation Sheet)

| General description | Nature of claim | Amount requested | Current value of **debtor's interest** |
|---|---|---|---|
| 74.1 Mason Holland-Lender dispute | Tortious interference | + Undetermined | + Undetermined |
| 74.2 Resurgent Aviation Solutions, LLC / Cary Winter | Tort int; contract breach | + Undetermined | + Undetermined |
| 74.3 Kenneth Ross-Business Dispute | Tort int; contract breach | + Undetermined | + Undetermined |
| 74.4 Traverse, LLC - Business Dispute | Breach of contract | + Undetermined | + Undetermined |

|  |  |
|---|---|
| Total | $0.00 |
|  | + Undetermined |

Sheet no. 1 of 1 continuation sheets

**Fill in this information to identify the case:**

Debtor name __Kestrel Aircraft Company, Inc.__

United States Bankruptcy Court for the: __District of Delaware__

Case number (If known): __18-12309__

---

**Official Form 206D**

☐ **Check if this is an amended filing**

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

### 1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

---

**Part 1:**        **List Creditors Who Have Secured Claims**

---

### 2. List in alphabetical order all creditors who have secured claims.

If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.2** | **Creditor's name**<br><br>**Midcoast Regional Redevelopment Authority** | **Describe debtor's property that is subject to a lien:**<br><br>**Certain property of Kestrel Aircraft Company, Inc.** | $474,133.00 | + Undetermined |
| | **Creditor's mailing address**<br><br>**ATTN: JEREMY R. FISCHER** | | | |
| | ~~84 MARGINAL WAY, SUITE 600~~<br>**PORTLAND    ME    04101-248** | **Describe the lien**<br>**Prommisory Note** | | |
| | **Creditor's email address, if known**<br><br>_____ | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| | **Date debt was incurred**<br><br>_____ | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| | **Last 4 digits of account number**<br>_____ | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor, and its relative priority.<br>See Global Notes | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |

---

|  | | Column A | Column B |
|---|---|---|---|
|  | | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

| 2.4 | Creditor's name | Describe debtor's property that is subject to a lien: | $3,402,375.00 | + Undetermined |

**2.4**

Creditor's name

**Wisconsin Economic Development Corporation**

Creditor's mailing address

**201 W WASHINGTON AVENUE**

**MADISON        WI        53703**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

See Global Notes

Describe debtor's property that is subject to a lien:

**Substantially all assets of Kestrel Aircraft Company, Inc.**

### Describe the lien

**Prommisory Note**

Is the creditor an insider or related party?

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**Column A:** $3,402,375.00

**Column B:** + Undetermined

---

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $ 3,876,508.00

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

**Fill in this information to identify the case:**

Debtor name  **Kestrel Aircraft Company, Inc.**

United States Bankruptcy Court for the:  **District of Delaware**

Case number (If known):  **18-12309**

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | | | **$1,050.00** | **+ Undetermined** |
| | **Franchise Tax Board** | ☐ **Contingent** | | |
| | **PO BOX 942857** | ☐ **Unliquidated** | | |
| | | ☐ **Disputed** | | |
| | **SACRAMENTO   CA    94257-0540** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxing Authority** | | |
| | Last 4 digits of account number _____ | Is the claim subject to offset?<br>☐ **No**<br>☐ **Yes** | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__**8**__) | | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | **$3,031,615.61** |

As of the petition filing date, the claim is:
**Check all that apply.**

**Alan Klapmeier**

**PO Box 1045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Proctor        MN    55810**

Basis for the claim:
**Loan provided to Debtor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address** | **$651.54** |

As of the petition filing date, the claim is:
**Check all that apply.**

**Alan Klapmeier**

**PO Box 1045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Proctor        MN    55810**

Basis for the claim:
**Reimburseable business expenses**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address** | **$66,053.07** |

As of the petition filing date, the claim is:
**Check all that apply.**

**Anthony Galley**

**14 RIVERSIDE CLOSE**

**WILSHIRE**

☐ Contingent
☑ Unliquidated
☐ Disputed

**LAVERSTOCK        SP1 1QW**

Basis for the claim:
**Unsecured lender**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address** | $898.09 |

As of the petition filing date, the claim is:
**Check all that apply.**

AT&T

AT&T MOBILITY

PO BOX 6463

CAROL STREAM  IL      60197-6463

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Payable**

Is the claim subject to offset?

Last 4 digits of account number

- [ ] No
- [ ] Yes

---

| | | Amount of claim |
|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address** | $19,706,449.00 |

As of the petition filing date, the claim is:
**Check all that apply.**

CCM Community Development XXIII, LLC

100 COMMERCIAL STREET, SUITE 406

PORTLAND        ME     04101

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
**Unsecured note guarantor**

Is the claim subject to offset?

Last 4 digits of account number

- [ ] No
- [ ] Yes

---

| | | Amount of claim |
|---|---|---|
| **3.7** | **Nonpriority creditor's name and mailing address** | $18,388.47 |

As of the petition filing date, the claim is:
**Check all that apply.**

DLA Piper, LLP

PO BOX 64029

BALTIMORE        MD     21264-4029

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
**Professional Services**

Is the claim subject to offset?

Last 4 digits of account number

- [ ] No
- [ ] Yes

| | | Amount of claim |
|---|---|---|

**3.8** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:                    **$479,421.00**

**Check all that apply.**

**Douglas County Revolving Loan Fund, Inc**

☐ Contingent

**1401 TOWER AVENUE, SUITE 302**

☑ Unliquidated

☐ Disputed

**SUPERIOR          WI      54880**

Basis for the claim:

Date or dates debt was incurred

**Unsecured note holder**

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

---

| | | Amount of claim |
|---|---|---|

**3.9** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:                    **$1,338.70**

**Check all that apply.**

**Drummond Woodsum**

☐ Contingent

**Brunswick Aerospace ATTN: ACCOUNTS RECE**

☐ Unliquidated

**84 MARGINAL WAY, SUITE 600**

☐ Disputed

**PORTLAND          ME      04101-2480**

Basis for the claim:

Date or dates debt was incurred

**Trade Payable**

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

---

| | | Amount of claim |
|---|---|---|

**3.10** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:                    **+ Undetermined**

**Check all that apply.**

**Eclipse Aerospace, Inc.**

☐ Contingent

**3250 Spirit Drive SE**

☑ Unliquidated

☐ Disputed

**Albuquerque          NM      87106**

Basis for the claim:

Date or dates debt was incurred

**Inter affiliate amount owed**

Last 4 digits of account number

Is the claim subject to offset?

☐ No

☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.11** | **Nonpriority creditor's name and mailing address** | **$192,000.00** |

As of the petition filing date, the claim is:
**Check all that apply.**

**Farnborough Aircraft**

**FARNBOROUGH AIRPORT**

☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**HAMPSHIRE          GU14 6XA**

Basis for the claim:
**Trade Payable**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

☐ **No**
☐ **Yes**

| | | Amount of claim |
|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address** | **$37,532.50** |

As of the petition filing date, the claim is:
**Check all that apply.**

**Fredrikson & Byron**

**200 SOUTH 6TH ST #4000**

☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**MINNEAPOLIS          MN          55402**

Basis for the claim:
**Professional Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

☐ **No**
☐ **Yes**

| | | Amount of claim |
|---|---|---|
| **3.13** | **Nonpriority creditor's name and mailing address** | **$44,500.00** |

As of the petition filing date, the claim is:
**Check all that apply.**

**Global Access LLC**

**PO BOX 2184**

☐ **Contingent**
☐ **Unliquidated**
☐ **Disputed**

**MINNEAPOLIS          MN          55402**

Basis for the claim:
**Trade Payable**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

☐ **No**
☐ **Yes**

| | | Amount of claim |
|---|---|---|

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,697.58**

As of the petition filing date, the claim is:
**Check all that apply.**

**Inventus**

**PO BOX 130114**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**DALLAS          TX      75313**

Basis for the claim:
**Trade Payable**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account
number
- [ ] No
- [ ] Yes

| | | Amount of claim |
|---|---|---|

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,900.00**

As of the petition filing date, the claim is:
**Check all that apply.**

**Jeff Foster Trucking, Inc**

**PO BOX 367**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**SUPERIOR        WI      54880**

Basis for the claim:
**Trade Payable**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account
number
- [ ] No
- [ ] Yes

| | | Amount of claim |
|---|---|---|

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$174,965.66**

As of the petition filing date, the claim is:
**Check all that apply.**

**Kestrel Brunswick Corporation**

**PO Box 1045**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Proctor          MN      55810**

Basis for the claim:
**Inter affiliate amount owed**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account
number
- [ ] No
- [ ] Yes

| | | Amount of claim |
|---|---|---|
| **3.17** | Nonpriority creditor's name and mailing address | $300,598.27 |

As of the petition filing date, the claim is:
**Check all that apply.**

Kestrel Manufacturing, LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 1045

Proctor              MN      55810

Basis for the claim:

Date or dates debt was incurred

**Inter affiliate amount owed**

Is the claim subject to offset?

Last 4 digits of account
number

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.18** | Nonpriority creditor's name and mailing address | + Undetermined |

As of the petition filing date, the claim is:
**Check all that apply.**

LIVING BENEFITS ASSET MANAGEMENT, L

☑ Contingent
☑ Unliquidated
☑ Disputed

FISHERBROYLES, LLP

4514 COLE AVE, STE 600

DALLAS           TX      75205

Basis for the claim:

Date or dates debt was incurred

**Litigation**

Is the claim subject to offset?

Last 4 digits of account
number

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.19** | Nonpriority creditor's name and mailing address | + Undetermined |

As of the petition filing date, the claim is:
**Check all that apply.**

Midcoast Regional Redevelopment Authority

☑ Contingent
☑ Unliquidated
☑ Disputed

AUTHORITY  C/O DRUMMOND WOODSUM

84 MARGINAL WAY, SUITE 600

PORTLAND         ME      04101-2480

Basis for the claim:

Date or dates debt was incurred

**Litigation**

Is the claim subject to offset?

Last 4 digits of account
number

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.20** | **Nonpriority creditor's name and mailing address** | **$83.40** |

As of the petition filing date, the claim is:
**Check all that apply.**

MSC Industrial Supply Co.

75 MAXESS ROAD

☐ Contingent
☐ Unliquidated
☐ Disputed

MELVILLE         NY      11747

Date or dates debt was incurred

Basis for the claim:
**Trade Payable**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.21** | **Nonpriority creditor's name and mailing address** | **$50.00** |

As of the petition filing date, the claim is:
**Check all that apply.**

Northland Foods & Distribution Inc

5045 SOUTH POND DRIVE

PO BOX 108

☐ Contingent
☐ Unliquidated
☐ Disputed

POPLAR          WI      54864

Date or dates debt was incurred

Basis for the claim:
**Trade Payable**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.22** | **Nonpriority creditor's name and mailing address** | **$7,592,032.80** |

As of the petition filing date, the claim is:
**Check all that apply.**

OAC Management, Inc.

3250 Spirit Drive SE

☐ Contingent
☐ Unliquidated
☐ Disputed

Albuquerque       NM      87106

Date or dates debt was incurred

Basis for the claim:
**Inter affiliate amount owed**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

| | Amount of claim |
|---|---|
| **3.23** **Nonpriority creditor's name and mailing address** | + **Undetermined** |

As of the petition filing date, the claim is:
**Check all that apply.**

**Ohio National Life Insurance Company**

☑ **Contingent**

**PO Box 237**

☑ **Unliquidated**

☐ **Disputed**

**Cincinatti**          **OH**    **45201**

Basis for the claim:

Date or dates debt was incurred

**Claim relating to New Market Tax Credit**

Is the claim subject to offset?

Last 4 digits of account
number

☐ **No**
☐ **Yes**

| | Amount of claim |
|---|---|
| **3.24** **Nonpriority creditor's name and mailing address** | **$2,951,691.00** |

As of the petition filing date, the claim is:
**Check all that apply.**

**ONE Aviation Corporation**

☐ **Contingent**

**3250 Spirit Drive SE**

☐ **Unliquidated**

☐ **Disputed**

**Albuquerque**          **NM**    **87106**

Basis for the claim:

Date or dates debt was incurred

**Inter affiliate amount owed**

Is the claim subject to offset?

Last 4 digits of account
number

☐ **No**
☐ **Yes**

| | Amount of claim |
|---|---|
| **3.25** **Nonpriority creditor's name and mailing address** | + **Undetermined** |

As of the petition filing date, the claim is:
**Check all that apply.**

**Pete Coad**

☐ **Contingent**

**127 HARDING AVE**

☑ **Unliquidated**

☐ **Disputed**

**Los Gatos**          **CA**    **95030-6304**

Basis for the claim:

Date or dates debt was incurred

**Loan provided to Debtor**

Is the claim subject to offset?

Last 4 digits of account
number

☐ **No**
☐ **Yes**

| | | Amount of claim |
|---|---|---|
| | | $668.70 |

**3.26** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
**Check all that apply.**

**Praxair Distribution Inc**

**DEPT CH 10660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PALATINE        IL      60055-0660**

Basis for the claim:

Date or dates debt was incurred

**Trade Payable**

Is the claim subject to offset?

Last 4 digits of account number

☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| | | $1,689.90 |

**3.27** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
**Check all that apply.**

**R. C. Rpgersw & Sons, Inc.**

**PO BOX 290**

☐ Contingent
☐ Unliquidated
☐ Disputed

**BATH            ME     04011**

Basis for the claim:

Date or dates debt was incurred

**Trade Payable**

Is the claim subject to offset?

Last 4 digits of account number

☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| | | $800.00 |

**3.28** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
**Check all that apply.**

**Reabe Design LLC**

**3242 STRAND ROAD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DULUTH          MN     55803**

Basis for the claim:

Date or dates debt was incurred

**Trade Payable**

Is the claim subject to offset?

Last 4 digits of account number

☐ No
☐ Yes

---

**3.29**

| Nonpriority creditor's name and mailing address | | Amount of claim |
|---|---|---|
| | | $1,721,935.00 |

As of the petition filing date, the claim is:
**Check all that apply.**

Redevelopment Authority of the City of Superior

1316 NORTH 14TH STREET

☐ Contingent
☑ Unliquidated
☐ Disputed

SUPERIOR          WI      54880

Basis for the claim:

Date or dates debt was incurred

**Unsecured note holder**

Is the claim subject to offset?

Last 4 digits of account
number

☐ No
☐ Yes

---

**3.30**

| Nonpriority creditor's name and mailing address | | Amount of claim |
|---|---|---|
| | | $509.70 |

As of the petition filing date, the claim is:
**Check all that apply.**

Spectrum Business

CHARTER COMMUNICATIONS
PO BOX 3019

☐ Contingent
☐ Unliquidated
☐ Disputed

MILWAUKEE        WI      54880-1556

Basis for the claim:

Date or dates debt was incurred

**Trade Payable**

Is the claim subject to offset?

Last 4 digits of account
number

☐ No
☐ Yes

---

**3.31**

| Nonpriority creditor's name and mailing address | | Amount of claim |
|---|---|---|
| | | $530,004.07 |

As of the petition filing date, the claim is:
**Check all that apply.**

Steven Serfling

PO Box 1045

☐ Contingent
☐ Unliquidated
☐ Disputed

Proctor              MN      55810

Basis for the claim:

Date or dates debt was incurred

**Deferred Compensation**

Is the claim subject to offset?

Last 4 digits of account
number

☐ No
☐ Yes

---

| | | Amount of claim |
|---|---|---|
| **3.32** | Nonpriority creditor's name and mailing address | **$42,307.54** |

As of the petition filing date, the claim is:
**Check all that apply.**

**Van Staagen, Mike**

☐ Contingent

**6938 Bear Island Rd**

☐ Unliquidated
☐ Disputed

**Duluth            MN    55803**

Basis for the claim:

Date or dates debt was incurred

**Deferred compensation**

Is the claim subject to offset?

Last 4 digits of account
number

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.33** | Nonpriority creditor's name and mailing address | **$30,000,000.00** |

As of the petition filing date, the claim is:
**Check all that apply.**

**WCDLF SUB CDE XXXVI, LLC**

☐ Contingent

**201 WEST WASHINGTON AVENUE**

☑ Unliquidated

**SUITE 700**

☐ Disputed

**MADISON          WI    53703**

Basis for the claim:

Date or dates debt was incurred

**Unsecured note guarantor**

Is the claim subject to offset?

Last 4 digits of account
number

☐ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.34** | Nonpriority creditor's name and mailing address | **$1,800.00** |

As of the petition filing date, the claim is:
**Check all that apply.**

**Wilkerson, Guthmann & Johnson, Ltd.**

☐ Contingent

**1210 WEST COUNTY ROAD E**

☐ Unliquidated

**SUITE 100**

☐ Disputed

**ARDEN HILLS      MN    55112**

Basis for the claim:

Date or dates debt was incurred

**Professional Services**

Is the claim subject to offset?

Last 4 digits of account
number

☐ No
☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

**Part 4:**          **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | **5a.** | $1,050.00 |
| 5b. Total claims from Part 2 | **5b.** + | $66,909,581.60 |
|  |  | + **Undetermined** |
| 5c. Total of Parts 1 and 2<br>**Lines 5a + 5b = 5c.** | **5c.** | $66,910,631.60 |
|  |  | + **Undetermined** |

**Fill in this information to identify the case:**

Debtor name **Kestrel Aircraft Company, Inc.**

United States Bankruptcy Court for the: **District of Delaware**

Case number (If known): **18-12309**

Official Form 206G

☐ Check if this is an amended filing

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ **Yes. Fill in the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2. | State what the contract or lease is for and the nature of the **debtor's interest** | **SEE ATTACHED** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor Name: Kestrel Aircraft Company, Inc.

Schedule G: Executory Contracts and Unexpired Leases

Case No. 18-12309

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Country | Description | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| Abbott Aerospace SEZC Ltd. (Grand Cayman) | PO Box 103153 | Baytown Plaza, West Bay Road | Georgetown | Grand Cayman | KY1-1003 | USA | Non-Disclosure Agreement | Undetermined |
| ACE - Applied Composites Engineering | 705 S. Girls School Road | | Indianapolis | IN | 46231 | USA | Non-Disclosure Agreement | Undetermined |
| Acme Aerospace, Inc. | 528 West 21st St. | | Tempe | AZ | 85282 | USA | Non-Disclosure Agreement | Undetermined |
| ACR Electroniccs (Artex) | 5757 Ravenswood Road | | Fort Lauderdale | FL | 33312 | USA | Non-Disclosure Agreement | Undetermined |
| ADS Aerospace | 616 E. 34th St. N | | Wichita | KS | 67219 | USA | Non-Disclosure Agreement | Undetermined |
| Aero Fluid Products | 9060 Winnetka Ave | | Northridge | CA | 91324 | USA | Non-Disclosure Agreement | Undetermined |
| Aero Instruments | 14901 Emery Ave | | Cleveland | OH | 44135 | USA | Non-Disclosure Agreement | Undetermined |
| Aero Performance Coatings | 5310 Omega Drive | | Cahokia | IL | 62206 | USA | Non-Disclosure Agreement | Undetermined |
| Aero Space Controls Corporation (ASC) | 1050 N. Mosley | | Wichita | KS | 67214 | USA | Non-Disclosure Agreement | Undetermined |
| Aero Vodochody | U Letiste 374 | | Odolena Voda | Czech Republic | | Czech Republic | Non-Disclosure Agreement | Undetermined |
| AeroPro Aviation Consultants (Susan Fournier) | 111 Hunter Road | | Freeport | ME | 04032 | USA | Non-Disclosure Agreement | Undetermined |
| Aerosonic, LLC | 1212 N. Hercules Ave | | Clearwater | FL | 33675 | USA | Non-Disclosure Agreement | Undetermined |
| Aerospace Manufacturing, Inc. | 1045 Gemini Road | | Eagan | MN | 55121 | USA | Non-Disclosure Agreement | Undetermined |
| Aerospace Systems & Components (ASC) | 5201 E. 36th Street North | | Wichita | KS | 67220 | USA | Non-Disclosure Agreement | Undetermined |
| Air Capitol Dial | 220 N. Vine | | Wichita | KS | 67203 | USA | Non-Disclosure Agreement | Undetermined |
| Air Comm Corporation | 3330 Airport Rd | | Boulder | CO | 80301 | USA | Non-Disclosure Agreement | Undetermined |
| Air Comm Corporation | 1575 West 124th Avenue | Suite 210 | Westminster | CO | 80234 | USA | Agreement | Undetermined |
| Air Management Technologies, Inc. (AMT) | 7822 S. Wheeling Ct. | | Englewood | CO | 80112 | USA | Non-Disclosure Agreement | Undetermined |
| AkzoNobel Aerospace Coatings | 1 East Water Street | | Waukegan | IL | 60085 | USA | Non-Disclosure Agreement | Undetermined |
| Allen Aircraft Products, Inc. (Ohio) | 6168 Woodbine Ave | | Ravenna | OH | 44266 | USA | Non-Disclosure Agreement | Undetermined |
| American Kestrel Company, LLC (David Parkins) | 211 E. Seneca St. | | Ithaca | NY | 14850 | USA | Non-Disclosure Agreement | Undetermined |
| Ametek Measurement & Powers Systems | 50 Fordham Road | | Wilmington | MA | 01887 | USA | Non-Disclosure Agreement | Undetermined |
| APPH Ltd. (England) | 8 Pembroke Court | | Manor Park | Runcorn | WA7 1TG | England | Non-Disclosure Agreement | Undetermined |
| Applied Composite Technology Aerospace (ACTA) | 425 East 400 North | | Gunnison | UT | 84634 | USA | Non-Disclosure Agreement | Undetermined |
| Arrow Electronics, Inc. | 7459 S. Lima Street, Bldg 1 | | Englewood | CO | 80112 | USA | Non-Disclosure Agreement | Undetermined |
| Arrowhead Products, Inc. | 4411 Katella Avenue | | Los Alamitos | CA | 90720-3514 | USA | Non-Disclosure Agreement | Undetermined |
| Assembly Guidance Systems (MA) | 27 Industrial Ave | | Chelmsford | MA | 01824 | USA | Non-Disclosure Agreement | Undetermined |
| Astronics Advanced Electronic Systems Corp (AAEC) | 9845 Willows Road NE | | Redmond | WA | 98052 | USA | Non-Disclosure Agreement | Undetermined |
| ATA Engineering, Inc. | 1500 Perimeter Parkway | Suite 285 | Huntsville | AL | 35806 | USA | Non-Disclosure Agreement | Undetermined |
| Auto-Valve, Inc. (OH) | 1707 Guenther Road | | Dayton | OH | 45417 | USA | Non-Disclosure Agreement | Undetermined |
| Aviation Device and Electronic Components (Av-DEC) | 1810 Mony St | | Fort Worth | TX | 76102 | USA | Non-Disclosure Agreement | Undetermined |
| Aviation Occupant Safety (AOS) | 1176 Telecom Drive | | Creedmoor | NC | 27522 | USA | Non-Disclosure Agreement | Undetermined |
| Avionic Instruments, LLC | 1414 Randolph Ave | | Avenel | NJ | 07001 | USA | Non-Disclosure Agreement | Undetermined |
| Avox Systems (Zodiac Aerospace) | 225 Erie St | | Lancaster | NY | 14086 | USA | Non-Disclosure Agreement | Undetermined |
| B Miller Products, Inc. (Duluth) | 1617 South Street | | Duluth | MN | 55812 | USA | Non-Disclosure Agreement | Undetermined |
| B/E Aerospace, Inc. | 93 Nettie Fenwick Road | | Fenwick | WV | 26202 | USA | Non-Disclosure Agreement | Undetermined |
| B/E Aerospace, Inc. | 10800 Pflumm Road | | Lenexa | KS | 66215 | USA | Non-Disclosure Agreement | Undetermined |
| Baltek 3A Composites (NC) | 5240 National Center Drive | | Colfax | NC | 27235 | USA | Non-Disclosure Agreement | Undetermined |
| Beaver Aerospace & Defense, Inc. | 11850 Mayfield | | Livonia | MI | 48150 | USA | Non-Disclosure Agreement | Undetermined |
| Beringer Brake System (France) | Aeropole | F-05130 | Tallard | | | France | Non-Disclosure Agreement | Undetermined |
| Brenk Brothers, Inc. (Fridley, MN) | 7490 Central Ave NE | | Fridley | MN | 55432 | USA | Non-Disclosure Agreement | Undetermined |

Debtor Name: Kestrel Aircraft Company, Inc.

Schedule G: Executory Contracts and Unexpired Leases

Case No. 18-12309

| Creditor's Name | Address  1 | Address  2 | City | State | Zip | Country | Description | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| Brenner Aerostructures, LLC (Bensalem, PA) | 450-3 Winks Lane | | Bensalem | PA | 16020 | USA | Non-Disclosure Agreement | Undetermined |
| Brenner Aerostructures, LLC (Bensalem, PA) | 450-3 Winks Lane | | Bensalem | PA | 16020 | USA | Non-Disclosure Agreement | Undetermined |
| Bruns Bros Process Equipment (Maine) | 175 Portland Rd | | Gray | ME | 04039 | USA | Non-Disclosure Agreement | Undetermined |
| Burnham Composite Structures Inc. | 6262 W. 34th Street South | | Wichita | KS | 67215 | USA | Non-Disclosure Agreement | Undetermined |
| Bye Aerospace, Inc. (Englewood, CO) | 7395 South Peoria St | Box C14 | Englewood | CO | 80112 | USA | Non-Disclosure Agreement | Undetermined |
| Cablecraft Motion Controls (IN) | 4401 South Orchard Street | | Tacoma | WA | 98466 | USA | Non-Disclosure Agreement | Undetermined |
| Cartesian Tube Profiling / VR3 Engineering | 45 Dunlop Place | | Stratford | Ontario | | Canada | Non-Disclosure Agreement | Undetermined |
| CEF Industries, LLC | 320 S. Church St. | | Addison | IL | 60101 | USA | Non-Disclosure Agreement | Undetermined |
| Citon Computer Corporation | 209 West 1st St | | Duluth | MN | 55802 | USA | Vendor Agreement | Undetermined |
| Click Bond | 2151 Lockheed Way | | Carson City | NV | 89706 | USA | Non-Disclosure Agreement | Undetermined |
| CMC Esterline - Smartdeck (Quebec) | 600 Dr. Frederik-Philips Blvd | | Ville Saint-Laurent | Quebec | H4M 2S9 | Canada | Non-Disclosure Agreement | Undetermined |
| Comant Industries, Inc. | 577 Burning Tree Road | | Fullerton | CA | 92833 | USA | Non-Disclosure Agreement | Undetermined |
| Compudyne, Inc. | 306 West Michigan St | Suite 200 | Duluth | MN | 55802 | USA | Compudyne Master Services Agreement | 11/30/2019 |
| Concorde Battery Corporation | 2009 San Bernardino Road | | West Covina | CA | 91790 | USA | Non-Disclosure Agreement | Undetermined |
| Core Composites, Div. of ROM Development Corporation (RI) | 108 Tupelo St. | | Bristol | RI | 02809 | USA | Non-Disclosure Agreement | Undetermined |
| Cox & Company, Inc. | 1664 Old Country Road | | Plainview | NY | 11803 | USA | Non-Disclosure Agreement | Undetermined |
| Cox & Company, Inc. | 1664 Old Country Road | | Plainview | NY | 11803 | USA | Agreement | 12/31/2020 |
| Crimson Quality, LLC | 2313 Broomsage Ct | | Export | PA | 15632 | USA | Non-Disclosure Agreement | Undetermined |
| Davis Aircraft Products Co. Inc. | 1150 Walnut Ave | | Bohemia | NY | 11716 | USA | Non-Disclosure Agreement | Undetermined |
| Devore Aviation Corp | 6104 Jefferson St. NE | | Albuquerque | NM | 87109 | USA | Non-Disclosure Agreement | Undetermined |
| DIAB Sales Inc. | 1621 Falcon Drive | | Desoto | TX | 75115 | USA | Non-Disclosure Agreement | Undetermined |
| DNB Engineering Inc. (CA) | 3535 W. Commonwealth Ave. | | Fullerton | CA | 92833 | USA | Non-Disclosure Agreement | Undetermined |
| Dow Kokam LLC | 2901 NE Hagan Road | | Lee's Summit | MO | 64064 | USA | Non-Disclosure Agreement | Undetermined |
| DRS Training & Control Systems LLC | 645 Anchors Street | | Fort Walton Beach | FL | 32548 | USA | Non-Disclosure Agreement | Undetermined |
| EaglePicher Technologies, LLC | 3220 Industrial Park Road | | Joplin | MO | 64801 | USA | Non-Disclosure Agreement | Undetermined |
| Eastman Machine Company | 779 Washington St | | Buffalo | NY | 04203 | USA | Non-Disclosure Agreement | Undetermined |
| Electromech Technologies (ET)(Kansas) | 2600 S. Custer | | Wichita | KS | 67217 | USA | Non-Disclosure Agreement | Undetermined |
| Emteq | 5349 S. Emmer Drive | | New Berlin | WI | 53151 | USA | Non-Disclosure Agreement | Undetermined |
| Enviro Systems, Inc. | 12037 N. Hwy 99 | | Seminole | OK | 74868 | USA | Non-Disclosure Agreement | Undetermined |
| Environ Laboratories, LLC (Minneapolis) | 9725 Girard Ave S | | Minneapolis | MN | 55431 | USA | Non-Disclosure Agreement | Undetermined |
| Envoy Aerospace, LLC (Ohio) | 700 Taylor Road | Suite 170 | Gahanna | OH | 43230-3329 | USA | Non-Disclosure Agreement | Undetermined |
| Essex Industries, Inc. | 4254 Wood Hollow Drive | | Cleveland | OH | 44255 | USA | Non-Disclosure Agreement | Undetermined |
| G&K Services (Duluth) | 367 Garfield Avenue | Suite 2 | Duluth | MN | 55802 | USA | Non-Disclosure Agreement | Undetermined |
| Garmin USA, Inc. | 1200 E. 151st Street | | Olathe | KS | 66062-3426 | USA | Master Agreement between Kestrel Aircraft Company and Garmin USA, Inc. | 12/31/2020 |
| GE Aviation Systems LLC | 30 Merchant St | | Cincinnati | OH | 45246-3750 | USA | Non-Disclosure Agreement | Undetermined |
| Gougeon Brothers, Inc. | 100 Patterson Ave | | Bay City | MI | 48706 | USA | Non-Disclosure Agreement | Undetermined |
| Granger, Dayton | 3299 SW 9th Ave. | | Ft. Lauderdale | FL | 33315 | USA | Non-Disclosure Agreement | Undetermined |
| Graphmark (Superior, WI) | 619 Ogden Avenue | | Superior | WI | 54880 | USA | Non-Disclosure Agreement | Undetermined |
| GS Engineering (Michigan) | 47500 US Highway 41 | | Houghton | MI | 49931 | USA | Non-Disclosure Agreement | Undetermined |
| Gurit USA (Bristol, RI) | 115 Broadcommon Road | | Bristol | RI | 02809 | USA | Non-Disclosure Agreement | Undetermined |
| Harlow Aerostructures LLC | 1501 S Mclean | | Wichita | KS | 67213 | USA | Non-Disclosure Agreement | Undetermined |

Debtor Name: Kestrel Aircraft Company, Inc.          Schedule G: Executory Contracts and Unexpired Leases          Case No. 18-12309

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Country | Description | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| Hartzell Engine Technologies | 2900 Selma Highway | | Montgomery | AL | 36108 | USA | Non-Disclosure Agreement | Undetermined |
| Hartzell Propeller, Inc. | One Propeller Place | | Piqua | OH | 45356-2634 | USA | General Terms Agreement | 12/31/2020 |
| Hartzell Propeller, Inc. | One Propeller Place | | Piqua | OH | 45356 | USA | Non-Disclosure Agreement | Undetermined |
| Hawker Beechcraft Corp (Automated Fiber Placement) | 10511 E. Central | Plt1 A01 | Wichita | KS | 67206 | USA | Non-Disclosure Agreement | Undetermined |
| Hodgdon Interiors | PO Box 505 | | East Boothbay | ME | 04554 | USA | Non-Disclosure Agreement | Undetermined |
| Ice Management Systems-Electro Support Systems (IMS-ESS) | 27449 Colt Court | | Temecula | CA | 92590 | USA | Non-Disclosure Agreement | Undetermined |
| IGE+XAO Group USA | 2540 King Arthur Blvd | Suite 209-M | Lewisville | TX | 75056 | USA | Non-Disclosure Agreement | Undetermined |
| Ikonics Corporation (Duluth, MN) | 4832 Grand Avenue | | Duluth | MN | 55807 | USA | Non-Disclosure Agreement | Undetermined |
| Inceptra, LLC | 2020 NW 150th Avenue | Suite 300 | Pembroke Pines | FL | 33028 | USA | Non-Disclosure Agreement | 5/25/2021 |
| Innovative Power Solutions (IPS), (NJ) | 373 South Street | | Eatontown | NJ | 07724 | USA | Non-Disclosure Agreement | Undetermined |
| JST Performance | 779 N Colorado | | Gilbert | AZ | 85213 | USA | Non-Disclosure Agreement | Undetermined |
| Kamatics Corporation (CT) | 1330 Blue Hills Avenue | | Bloomfield | CT | 06002 | USA | Non-Disclosure Agreement | Undetermined |
| Keeley Aerospace | 1240 Railroad Street | | Corona | CA | 92882 | USA | Non-Disclosure Agreement | Undetermined |
| Kelly Aerospace | 1400 E. South Blvd | | Montgomery | AL | 36116 | USA | Non-Disclosure Agreement | Undetermined |
| Kissling Electrotec (Relays) | 320A Business Pkwy | | Greer | SC | 29651 | USA | Non-Disclosure Agreement | Undetermined |
| Kollsman, Inc. | 220 Daniel Webster Hwy | | Merrimack | NH | 03054 | USA | Non-Disclosure Agreement | Undetermined |
| KPAK Aero Systems, LLC | 24 Greenway Plaza | Suite 440 | Houston | TX | 77046 | USA | Non-Disclosure Agreement | Undetermined |
| Krayden, Inc. | 1491 W. 124th Ave | | Denver | CO | 80234 | USA | Non-Disclosure Agreement | Undetermined |
| Lamar Technologies, LLC (WA) | 14900 40th Avenue NE | | Marysville | WA | 98271 | USA | Non-Disclosure Agreement | Undetermined |
| Leach International Corporation (Esterline Power Systems) | 6900 Orangethorpe Ave. | | Buena Park | CA | 90622 | USA | Non-Disclosure Agreement | Undetermined |
| Lee Aerospace | 9323 E. 34th Street North | | Wichita | KS | 67226 | USA | Non-Disclosure Agreement | Undetermined |
| Liquid Measurement Systems | 141 Morse Drive | PO Box 2070 | Georgia | VT | 05468 | USA | Non-Disclosure Agreement | Undetermined |
| Llamas Plastics, Inc. | 12970 Bradley Avenue | | Sylmar | CA | 91342 | USA | Non-Disclosure Agreement | Undetermined |
| Magnolia Plastics, Inc. | 5547 Peachtree Blvd | | Chamblee | GA | 30341 | USA | Non-Disclosure Agreement | Undetermined |
| Matec Instrument Companies (Mass) | 56 Hudson Street | | Northborough | MA | 01532 | USA | Non-Disclosure Agreement | Undetermined |
| MB Mechanical Contractors, Inc. (Maine) | 66 Cove Street | | Portland | ME | 04101 | USA | Non-Disclosure Agreement | Undetermined |
| McGettrick Structural Engineering, Inc. | 6572 E. Central Ave | Suite 203 | Wichita | KS | 67206 | USA | Non-Disclosure Agreement | Undetermined |
| Mecaer Aviation Group S.p.A. (Italian) | 300 El John Carpenter Freeway #950 | | Irving | TX | 75062 | USA | Non-Disclosure Agreement | Undetermined |
| MECAPLEX, Ltd. (Switzerland) | Solothurnstrasse 138 | CH-2540 Grenchen | | | | Switzerland | Non-Disclosure Agreement | Undetermined |
| Meggitt (Addison), Inc. (Texas) | 4554 Claire Chennault | | Addison | TX | 75001 | USA | Non-Disclosure Agreement | Undetermined |
| Meggitt Aircraft Braking Systems | 1204 Massillon Road | | Akron | OH | | USA | Non-Disclosure Agreement | 2/16/2022 |
| Meggitt Control Systems MCST (Troy, IN) | 3 Industrial Drive | | Troy | IN | 47588 | USA | Non-Disclosure Agreement | 11/19/2022 |
| Meggitt Polymers and Composites | Ashby Road, Shepshed, Loughborough | | Leicestershire | | LE12 9EQ | UK | Non-Disclosure Agreement | Undetermined |
| Meggitt Sensing Systems (San Juan Capistrano), Inc. | 30700 Rancho Viejo Road | | San Juan Capistrano | CA | 92675 | USA | Non-Disclosure Agreement | Undetermined |
| MT-Propellor Entwicklung GmbH (Germany) | Flugplatzstr.1 | 94348 Atting | 94348 Atting | | | Germany | Non-Disclosure Agreement | Undetermined |
| NEi Software (CA) | 5555 Garden Grove Blvd | Suite 300 | Westminster | CA | 92683 | USA | Non-Disclosure Agreement | Undetermined |
| Niagra Thermal Products | 3315 Haseley Drive | | Niagara Falls | NY | 14304 | USA | Non-Disclosure Agreement | Undetermined |
| Northern Composites | 102 Tide Mill Road | | Hampton | NH | 03842 | USA | Non-Disclosure Agreement | Undetermined |
| Northstar Aerospace | 4212 Enterprise Circle | | Duluth | MN | 55811 | USA | Non-Disclosure Agreement | Undetermined |
| NRI Electronics Inc. | 3651 Thurston Avenue | | Anoka | MN | 55303 | USA | Non-Disclosure Agreement | Undetermined |
| Oasis Alignment Services, Inc. | 256 Pickering Road | | Rochester | NH | 03867 | USA | Non-Disclosure Agreement | Undetermined |
| Omax Corp. (WA) | 21409 72nd Ave | | S. Kent | WA | 98032 | USA | Non-Disclosure Agreement | Undetermined |
| Omni Aerospace, Inc. | 3130 W Pawnee St | | Wichita | KS | 67213 | USA | Non-Disclosure Agreement | Undetermined |

Debtor Name: Kestrel Aircraft Company, Inc.                    Schedule G: Executory Contracts and Unexpired Leases                    Case No. 18-12309

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Country | Description | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| One Sky Aviation LLC (AK) STC Group | 3665 Aircraft Drive | | Anchorage | AK | 99502 | USA | Non-Disclosure Agreement | Undetermined |
| Orolia SAS | Z.I. des 5 Chemins | BP 23, 56520 Guidel | | | | France | Non-Disclosure Agreement | Undetermined |
| Orschein Products, LLC | 1177 North Morley | | Morley | MO | 65270 | USA | Non-Disclosure Agreement | Undetermined |
| Pacific Precision Products | 9671 Irvine Center Dr | | Irvine | CA | 92618 | USA | Non-Disclosure Agreement | Undetermined |
| Parker Hannifin Corporation | 1160 Center Road | | Avon | OH | 44011 | USA | Non-Disclosure Agreement | 5/24/2019 |
| Parker Hannifin Corporation | 711 Taylor Street | | Elyria | OH | 44035 | USA | Non-Disclosure Agreement | Undetermined |
| Parker Hannifin Corporation | 300 Marcus Blvd | | Hauppauge | NY | 11788 | USA | Non-Disclosure Agreement | Undetermined |
| Parker Hannifin Corporation | 2220 Palmer Ave. | | Kalamazoo | MI | 49001 | USA | Non-Disclosure Agreement | 8/14/2033 |
| Plastique JW, Inc. | 4945, rue du Bougeoir | | Sainte Adele | Quebec | J8B3K1 | Canada | Non-Disclosure Agreement | Undetermined |
| Pointwise, Inc. (Texas) | 213 S. Jennings Ave. | | Fort Worth | TX | 76104 | USA | Non-Disclosure Agreement | Undetermined |
| Poly-Metal Finishing, Inc. (Springfield, MA) | 1 Allen Street | Bldg 218 | Springfield | MA | 01108 | USA | Non-Disclosure Agreement | Undetermined |
| Positronic Industries, Inc. | 1325 N Eldon Ave | | Springfield | MO | 65803 | USA | Non-Disclosure Agreement | Undetermined |
| Precise Flight Inc. | 63354 Powell Butte Road | | Bend | OR | 97701 | USA | Non-Disclosure Agreement | Undetermined |
| Primordial Soup, LLC | 287 East Sixth Street | | St. Paul | MN | 55101 | USA | Non-Disclosure Agreement | Undetermined |
| Productivity Quality, Inc. | 15150 25th Avenue North | Suite 200 | Plymouth | MN | 55447 | USA | Non-Disclosure Agreement | Undetermined |
| PTM&W Industries, Inc. | 9748 Craig Drive | | Overland Park | KS | 66212 | USA | Non-Disclosure Agreement | Undetermined |
| Queen City Forging (OH) | 235 Tennyson St | | Cincinnati | OH | 45226 | USA | Non-Disclosure Agreement | Undetermined |
| R Systems NA, Inc. | 1902 Fox Drive | | Champaign | IL | 61820 | USA | Non-Disclosure Agreement | Undetermined |
| R. A. Miller Industries | 14500 168th Ave | | Grand Haven | MI | 49417 | USA | Non-Disclosure Agreement | Undetermined |
| RAM Company (Utah) | 3172 E. Deseret Drive South | | St. George | UT | 84790 | USA | Non-Disclosure Agreement | Undetermined |
| R-CON Nondestructive Test Consultants, Inc. | 5605 Freitag Dr | | Menomonie | WI | 54751 | USA | Non-Disclosure Agreement | Undetermined |
| Rolls-Royce Corporation | 450 S. Meridian Street | | Indianapolis | IN | 46225 | USA | Non-Disclosure Agreement | 8/15/2023 |
| Sandel Avionics | 2401 Dogwood Way | | Vista | CA | 92081 | USA | Non-Disclosure Agreement | 6/30/2021 |
| SCS Aircraft Interiors | 3814 Prosperity Road | | Duluth | MN | 55811 | USA | Non-Disclosure Agreement | Undetermined |
| Seconda Mona SPA | Via Carlo Delprete1 | 21019 Somma Lombardo | | | | Italy | Non-Disclosure Agreement | Undetermined |
| Senger & Associates | 8628 Ironwood Trail N | | St. Paul | MN | 55042 | USA | Non-Disclosure Agreement | Undetermined |
| Senor Systems, Inc. | 8929 Fullbright Avenue | | Chatsworth | CA | 91311 | USA | Non-Disclosure Agreement | Undetermined |
| Serfling, Steve | 5965 N Pike Lake Rd | | Duluth | MN | 55811 | USA | Employment Agreement | 4/1/2019 |
| Siemens Product Lifecycle Management Software, Inc. | 13690 Riverport Drive | | Maryland Heights | MO | 63043 | USA | Non-Disclosure Agreement | Undetermined |
| Skurka Aerospace, Inc. | 4600 Calle Bolero | | Camarillo | CA | 96011 | USA | Non-Disclosure Agreement | Undetermined |
| SL Laser Systems LP (Charlotte, NC) | 8107-Q Arrowridge Blvd | | Charlotte | NC | 28273 | USA | Non-Disclosure Agreement | Undetermined |
| Southern Maine Community College (SMCC) | 29 Sewall Street | | Brunswick | ME | 04011 | USA | Non-Disclosure Agreement | Undetermined |
| Spirit Aerosystems | 2600 AeroSystems Blvd | MC N10-35 | Kinston | NC | 28504 | USA | Non-Disclosure Agreement | Undetermined |
| Start Pac | 4357 W. Sunset Road | | Las Vegas | NV | 89118 | USA | Non-Disclosure Agreement | Undetermined |
| Strand Products Inc. (Santa Barbara, CA) | 725 E. Yanonali Street | | Santa Barbara | CA | 93103 | USA | Non-Disclosure Agreement | Undetermined |
| SwimCreative | 415 E. Superior St | | Duluth | MN | 55802 | USA | Non-Disclosure Agreement | Undetermined |
| TenCate Advanced Composites USA, Inc. | 18410 Butterfield Blvd | | Morgan Hill | CA | 95037 | USA | Vendor Agreement | 12/31/2022 |
| TEXSTARS, LLC | 802 Avenue J East | | Grand Prairie | TX | 75050 | USA | Non-Disclosure Agreement | Undetermined |
| TLG Aero Loads | 1700 Westlake Avenue North | Suite 430 | Seattle | WA | 98109 | USA | Non-Disclosure Agreement | Undetermined |
| TLG Aerospace, LLC | 1700 Westlake Avenue North | Suite 430 | Seattle | WA | 98109 | USA | Statement of Work For Forward Cockpit Structure Preliminary Analysis and Sizing | Undetermined |

Debtor Name: Kestrel Aircraft Company, Inc.

Schedule G: Executory Contracts and Unexpired Leases

Case No. 18-12309

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Country | Description | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| TPI Composites (AZ) | 373 Market Street | | Warrne | RI | 02885 | USA | Non-Disclosure Agreement | Undetermined |
| Triumph Aerospace Systems | 22922 NE Alder Crest Drive | | Redmond | WA | 98053 | USA | Statement of Work For Landing Gear System Requirements Definition | Undetermined |
| Tulakes Aero, Inc. | 5700 N. Rockwell | | Bethany | OK | 73008 | USA | Non-Disclosure Agreement | Undetermined |
| UMO-University of Maine-Orono | 5717 Corbett Hall | Room 430 | Orono | ME | 04469 | USA | Non-Disclosure Agreement | Undetermined |
| Vertical Power, Inc. | 317 Commercial St | Suite G-102 | Albuquerque | NM | 87102 | USA | Non-Disclosure Agreement | Undetermined |
| Viking Panels | 4541 Timberly Drive | | Jefferson | MD | 21755 | USA | Non-Disclosure Agreement | Undetermined |
| Vishay HiRel Systems LLC | 4418 Haines Road | Suite 400 | Duluth | MN | 55811 | USA | Non-Disclosure Agreement | Undetermined |
| Weldon Pump | 640 Golden Oak Parkway | | Oakwood Village | OH | 44146 | USA | Non-Disclosure Agreement | Undetermined |
| Whelen Engineering | 51 Winthrop Road | | Chester | CT | 06412 | USA | Non-Disclosure Agreement | Undetermined |
| Wipaire, Inc. | 1700 Henry Avenue | Fleming Field | South St. Paul | MN | 55075 | USA | Non-Disclosure Agreement | Undetermined |
| Wisconsin Indianhead Technical College (WITC) | 600 North 21st Street | | Superior | WI | 54880 | USA | Non-Disclosure Agreement | Undetermined |
| Wolff Aerospace | 1725 Oakton Street | | Evanston | IL | 60202 | USA | Non-Disclosure Agreement | Undetermined |
| Yankee Pacific Aerospace (Anti Skid Brakes) | 6501 E. Apache Street | Suite 220 | Tulsa | OK | 74115 | USA | Non-Disclosure Agreement | Undetermined |

Form 206G

**Fill in this information to identify the case:**

Debtor name: **Kestrel Aircraft Company, Inc.**

United States Bankruptcy Court for the: **District of Delaware**

Case number (If known): **18-12309**

Official Form 206H

☐ Check if this is an
   amended filing

# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Does the debtor have any cash or cash equivalents?

   ☐ **No. Go to Part 2.**
   ☑ **Yes. Fill in the information below.**

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |
| **2.** **Kestrel Brunswick Corporation** | PO Box 1045 <br> Street <br><br> Proctor   MN   55810 <br> City   State   ZIP Code | **CCM Community Development XXIII, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.** **Kestrel Manufacturing, LLC** | PO Box 1045 <br> Street <br><br> Proctor   MN   55810 <br> City   State   ZIP Code | **Redevelopment Authority of the City of Superior** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.** **Kestrel Manufacturing, LLC** | PO Box 1045 <br> Street <br><br> Proctor   MN   55810 <br> City   State   ZIP Code | **Wisconsin Economic Development Corporation** | ☐ D <br> ☑ E/F <br> ☐ G |

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.** **Kestrel Manufacturing, LLC** | **PO Box 1045**<br>Street<br><br>**Proctor**　　**MN**　　**55810**<br>City　　State　　ZIP Code | **WCDLF SUB CDE XXXVI, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| **2.** **Kestrel Manufacturing, LLC** | **PO Box 1045**<br>Street<br><br>**Proctor**　　**MN**　　**55810**<br>City　　State　　ZIP Code | **Douglas County Revolving Loan Fund, Inc** | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    Kestrel Aircraft Company, Inc.

United States Bankruptcy Court for the:   District of Delaware

Case number (If known):   18-12309

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☑ *Schedule H: Codebtors (Official Form 206H)*

☑ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/07/2018
      MM / DD / YYYY

✗ _____
   Signature of individual signing on behalf of the debtor

   Michael Wyse
   _____
   Printed name

   Chairman of the Board
   _____
   Position or relationship to debtor