# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | : Chapter 11 |
| **ONE AVIATION CORPORATION,** *et al.*,[1] | : Case No. 18-12309 (CSS) |
| Debtors. | : Jointly Administered |
| | : Objection Deadline: May 5, 2020 at 4:00 p.m. (ET) |

## NOTICE OF FEE APPLICATION

**PLEASE TAKE NOTICE** that the *Seventeenth Monthly Application of Paul Hastings LLP for Payment of Compensation and Reimbursement of Expenses for the Period From February 1, 2020 Through February 29, 2020* (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of monthly fees in the amount of $55,823.95 and monthly expenses in the amount of $115.38.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **May 5, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection so as to be received by the following on or before the Objection Deadline: (i) counsel to the Debtors, (A) Paul Hastings LLP, 71 South Wacker Drive, Suite 4500, Chicago, IL 60606, Attn: Brendan M. Gage, Esq. (brendangage@paulhastings.com) and (B) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn: Jaime Luton Chapman, Esq. (jchapman@ycst.com); (ii) ONE Aviation Corporation, c/o Michael Wyse, 85 Broad St, 18th Floor, New York, NY 10004, Attn: Michael Wyse (mwyse@wyseadvisorsllc.com); (iii) counsel to the DIP Agent, Emmet, Marvin & Martin LLP, 120 Broadway, 32nd Floor, New York, NY 10271, Attn: Thomas A. Pitta, Esq. (tpitta@emmetmarvin.com); (iv) counsel to Citiking International US, LLC, Margolis Edelstein, 300 Delaware Avenue, Suite 800, Wilmington, DE 19801, Attn: James E, Huggett (jhuggett@margolisedelstein.com); (v) counsel to Cantor Fitzgerald Securities (A) Richards Kibbe & Orbe LLP, 200 Liberty Street, New York, NY 10281-1003, Attn: Gregory G. Plotko, Esq. (gplotko@rkollp.com) and (B) Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, P.O. Box

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The Debtors' corporate headquarters is located at 3520 Spirit Drive SE, Albuquerque, NM 87106.

26354650.1

1150, Wilmington, DE 19899-1150, Attn: Gregory A. Taylor, Esq. (gtaylor@ashbygeddes.com); (vi) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Linda J. Casey; and (vii) counsel to the Committee, (A) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020, Attn: Wojciech F. Jung, Esq. (wjung@lowenstein.com) and (B) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE, 19801, Attn: Adam G. Landis, Esq. (landis@lrclaw.com).

**PLEASE TAKE FURTHER NOTICE** THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 169], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

**PLEASE TAKE FURTHER NOTICE** THAT ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE WILL A HEARING BE HELD ON THE APPLICATION. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

Dated: April 14, 2020
Wilmington, Delaware

*/s/ Jordan E. Sazant*
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
Sean M. Beach (No. 4070)
Jaime Luton Chapman (No. 4936)
Jordan E. Sazant (No. 6515)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and –

Chris L. Dickerson (admitted *pro hac vice*)
Brendan M. Gage (admitted *pro hac vice*)
Nathan S. Gimpel (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

- and -

Todd M. Schwartz (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
1117 S. California Avenue
Palo Alto, California 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

*Counsel to the Debtors and Debtors in Possession*