## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

------------------------------------------------------------x
: 
In re: : Chapter 11
: 
ONE AVIATION CORPORATION, *et al.*,[1] : Case No. 18-12309 (CSS)
: 
          Debtors. : Jointly Administered
: 
------------------------------------------------------------x **Ref. No. 844**

### CERTIFICATE OF NO OBJECTION
### REGARDING DOCKET NO. 844

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Eighteenth Monthly Application of Paul Hastings LLP for Payment of Compensation and Reimbursement of Expenses for the Period from March 1, 2020 through March 31, 2020* [Docket No. 844] (the "**Application**") filed on June 4, 2020. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than 4:00 p.m. (ET) on June 25, 2020.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* entered on November 16, 2018 [Docket No. 169], the Debtors are now authorized to pay 80% ($28,129.64) of requested fees ($35,162.05) and 100% of requested expenses ($74.34) on an interim basis without further Court order.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The Debtors' corporate headquarters is located at 3520 Spirit Drive SE, Albuquerque, NM 87106.

| | |
|---|---|
| Dated: June 30, 2020<br>Wilmington, Delaware | */s/ Jordan E. Sazant*<br>Robert S. Brady (No. 2847)<br>M. Blake Cleary (No. 3614)<br>Sean M. Beach (No. 4070)<br>Jaime Luton Chapman (No. 4936)<br>Jordan E. Sazant (No. 6515)<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>- and -<br><br>Chris L. Dickerson (admitted *pro hac vice*)<br>Brendan M. Gage (admitted *pro hac vice*)<br>Nathan S. Gimpel (admitted *pro hac vice*)<br>**PAUL HASTINGS LLP**<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Telephone: (312) 499-6000<br>Facsimile: (312) 499-6100<br><br>- and -<br><br>Todd M. Schwartz (admitted *pro hac vice*)<br>**PAUL HASTINGS LLP**<br>1117 S. California Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br><br>*Counsel to the Debtors and Debtors in Possession* |