**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x
| | |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| **ONE AVIATION CORPORATION,** *et al.*,[1] | : Case No. 18-12309 (CSS) |
| | : |
| Debtors. | : Jointly Administered |
| | : |
| | : Hearing Date: September 2, 2020 at 10:00 a.m. (ET) |
| | : Objection Deadline: August 4, 2020 at 4:00 p.m. (ET) |

---------------------------------------------------------------x

**CONSOLIDATED FOURTH, FIFTH AND SIXTH INTERIM**
**FEE REQUESTS OF DEBTORS' PROFESSIONALS**

TO: (I) DEBTORS; (II) U.S. TRUSTEE; (III) COUNSEL TO THE DIP AGENT; (IV) COUNSEL TO CITIKING INTERNATIONAL US, LLC; (V) COUNSEL TO CANTOR FITZGERALD SECURITIES; (VI) COUNSEL TO THE COMMITTEE; AND (VII) ALL PARTIES THAT HAVE REQUESTED NOTICE IN THE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that, pursuant to that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 169] (the "Interim Compensation Order"), certain professionals retained by the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby apply for interim quarterly allowance of compensation and reimbursement of expenses (this "Fee Request") for all interim monthly fee applications filed for the period from July 1, 2019 through and including March 31, 2020. Summaries of the fees and expenses subject to this Fee Request are annexed hereto and set forth in the monthly fee applications previously filed with the Court. Pursuant to the Interim Compensation Order, the Debtors were previously authorized to pay on an interim basis 80% of the amount of compensation requested and 100% of the amount requested for reimbursement of expenses without further order from the Court upon the expiration of a 21-day objection period.

**PLEASE TAKE FURTHER NOTICE THAT OBJECTIONS, IF ANY, TO THIS FEE REQUEST ARE REQUIRED TO BE FILED AND SERVED ON THE AFFECTED PROFESSIONAL AND THE FOLLOWING PARTIES ON OR BEFORE AUGUST 4, 2020 AT 4:00 P.M. (ET)**: (i) counsel to the Debtors, (A) Paul Hastings LLP, 71 South Wacker Drive, Suite 4500, Chicago, IL 60606, Attn: Brendan M. Gage, Esq. (brendangage@paulhastings.com) and (B) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street,

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The Debtors' corporate headquarters is located at 3520 Spirit Drive SE, Albuquerque, NM 87106.

Wilmington, DE 19801, Attn: Jaime Luton Chapman, Esq. (jchapman@ycst.com); (ii) ONE Aviation Corporation, c/o Michael Wyse, 85 Broad St, 18th Floor, New York, NY 10004, Attn: Michael Wyse (mwyse@wyseadvisorsllc.com); (iii) counsel to Citiking International US, LLC, The Rosner Law Group LLC, 824 N. Market Street, Suite 810, Wilmington, DE 19801, Attn: Fredrick B. Rosner (rosner@teamrosner.com); (iv) counsel to Cantor Fitzgerald Securities (A) Richards Kibbe & Orbe LLP, 200 Liberty Street, New York, NY 10281-1003, Attn: Gregory G. Plotko, Esq. (gplotko@rkollp.com) and (B) Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, P.O. Box 1150, Wilmington, DE 19899-1150, Attn: Gregory A. Taylor, Esq. (gtaylor@ashbygeddes.com); (v) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Linda J. Casey (linda.casey@usdoj.gov); and (vi) counsel to the Committee, (A) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020, Attn: Wojciech F. Jung, Esq. (wjung@lowenstein.com) and (B) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE, 19801, Attn: Adam G. Landis, Esq. (landis@lrclaw.com)

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of this Fee Request will be held on **SEPTEMBER 2 2020, AT 10:00 A.M. (EST)** before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801. Should a hearing be scheduled, you will be provided advance notice of such hearing date.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS FEE REQUEST, THE COURT MAY ENTER AN ORDER APPROVING THE FEE REQUEST WITHOUT FURTHER NOTICE OR A HEARING.**

[*remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: July 14, 2020<br>Wilmington, Delaware | */s/ Jordan E. Sazant*<br>Robert S. Brady (No. 2847)<br>M. Blake Cleary (No. 3614)<br>Sean M. Beach (No. 4070)<br>Jaime Luton Chapman (No. 4936)<br>Jordan E. Sazant (No. 6515)<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>- and –<br><br>Chris L. Dickerson (admitted *pro hac vice*)<br>Brendan M. Gage (admitted *pro hac vice*)<br>Nathan S. Gimpel (admitted *pro hac vice*)<br>**PAUL HASTINGS LLP**<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Telephone: (312) 499-6000<br>Facsimile: (312) 499-6100<br><br>- and -<br><br>Todd M. Schwartz (admitted *pro hac vice*)<br>**PAUL HASTINGS LLP**<br>1117 S. California Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br><br>*Counsel to the Debtors and Debtors in Possession* |

26399243.3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------------x
In re:                                    : Chapter 11
                                          :
ONE AVIATION CORPORATION, et al.,[1]      : Case No. 18-12309 (CSS)
                                          :
              Debtors.                    : Jointly Administered
                                          :
                                          : Hearing Date: September 2, 2020 at 10:00 a.m. (ET)
                                          : Objection Deadline: August 4, 2020 at 4:00 p.m. (ET)
------------------------------------------------------------x
```

**CONSOLIDATED FOURTH, FIFTH, AND SIXTH**
**INTERIM FEE REQUEST OF PAUL HASTINGS LLP**

Name of Applicant: Paul Hastings LLP

Authorized to Provide Professional Services to: Debtors and Debtors in Possession

Effective Date of Retention: October 9, 2018

Period for Which Compensation and Reimbursement is Sought: July 1, 2019 through March 31, 2020

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 12/23/19 D.I. 770 | 7/1/19 – 7/31/19 | $488,621.50 | $16,525.87 | 1/24/20 D.I. 787 | $273,628.04 | $16,525.87 | $68,407.01 |
| 12/23/19 D.I. 771 | 8/1/19 – 8/31/19 | $182,833.50 | $1,828.92 | 1/24/20 D.I. 787 | $102,386.76 | $1,828.92 | $25,596.69 |
| 1/2/20 D.I. 774 | 9/1/19 – 9/30/19 | $377,790.50 | $421.99 | 1/24/20 D.I. 787 | $211,562.68 | $421.99 | $52,890.67 |
| 1/29/20 D.I. 791 | 10/1/19 – 10/31/19 | $126,824.50 | $5,405.27 | 2/24/20 D.I. 811 | $71,021.72 | $5,405.27 | $17,755.43 |
| 1/29/20 D.I. 792 | 11/1/19 – 11/30/19 | $150,651.00 | $708.33 | 2/24/20 D.I. 811 | $84,364.56 | $708.33 | $21,091.14 |
| 2/24/20 D.I. 813 | 12/1/19 – 12/31/19 | $147,228.02 | $2,177.49 | 4/27/20 D.I. 828 | $117,782.42 | $2,177.49 | $29,445.60 |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The Debtors' corporate headquarters is located at 3520 Spirit Drive SE, Albuquerque, NM 87106.

26399243.3

| 4/14/20 D.I. 823 | 1/1/20 – 1/31/20 | $99,515.15 | $1,363.93 | 5/14/20 D.I. 834 | $79,612.12 | $1,363.93 | $19,903.03 |
|---|---|---|---|---|---|---|---|
| 4/14/20 D.I. 824 | 2/1/20 – 2/28/20 | $55,823.95 | $115.38 | 5/14/20 D.I. 835 | $44,659.16 | $115.38 | $11,164.79 |
| 6/4/20 D.I. 844 | 3/1/20 – 3/31/20 | $35,162.05 | $74.34 | 6/30/20 D.I. 849 | $28,129.64 | $74.34 | $7,032.41 |
| | TOTAL | $1,644,450.17 | $28,621.52 | | $1,013,147.10[2] | $20,430.123[1] | $253,286.77 |

---

[2] As an additional accommodation to the Debtors, Paul Hastings LLP has agreed at this time to not seek payment of $542,757.38 of the $1,809,191.25 total compensation earned during the monthly fee periods for July 2019 through March 2020. The difference between the filed monthly application total of $1,644,450.17 and the total compensation earned of $1,809,191.25 is reflected in footnote two of the summaries of the monthly fee applications for December 2019 through March 2020 [Docket Nos. 813, 823, 824, and 844]. As such, the amount of fees paid or to be paid (the 80 percent) and the amount of holdback fees sought (the 20 percent) in this consolidated interim fee request reflect the additional accommodation Paul Hastings LLP is providing to the Debtors. The time billed for these fees was reasonable, and Paul Hastings LLP reserves the right to seek allowance of these fees based on the facts and circumstances of these cases, including, without limitation, if objections are interposed to the allowance of Paul Hastings LLP's fees and expenses.

[3] Paul Hastings has discovered that it had inadvertently received approval of reimbursement of expenses in an amount $8,191.40 greater than the Firm had requested in the underlying monthly fee applications [Docket Nos. 314, 353, and 468]. Accordingly, Paul Hastings is voluntarily reducing the amount of expense reimbursement requested for payment in this Interim Fee Application from $28,621.52 to $20,430.12 to account for the error.

26399243.3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| **ONE AVIATION CORPORATION,** *et al.*,[1] | : Case No. 18-12309 (CSS) |
| | : |
| Debtors. | : Jointly Administered |
| | : |
| | : Hearing Date:  September 2, 2020 at 10:00 a.m. (ET) |
| | : Objection Deadline:  August 4, 2020 at 4:00 p.m. (ET) |
---------------------------------------------------------------x

**CONSOLIDATED FOURTH, FIFTH, AND SIXTH INTERIM FEE
REQUEST OF YOUNG CONAWAY STARGATT & TAYLOR, LLP**

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Effective Date of Retention: | October 9, 2018 |
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2019 through March 31, 2020 |

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 9/18/19 D.I. 716 | 7/1/19 – 7/31/19 | $60,091.50 | $2,883.62 | 10/28/19 D.I. 750 | $48,073.20 | $2,883.62 | $12,018.30 |
| 10/4/19 D.I. 728 | 8/1/19 – 8/31/19 | $15,133.50 | $660.20 | 10/28/19 D.I. 750 | $12,106.80 | $660.20 | $3,026.70 |
| 11/6/19 D.I. 753 | 9/1/19 – 9/30/19 | $49,946.00 | $2,438.00 | 2/13/20 D.I. 805 | $39,956.80 | $2,438.00 | $9,989.20 |
| 12/9/19 D.I. 764 | 10/1/19 – 10/31/19 | $7,829.50 | $618.12 | 2/13/20 D.I. 806 | $6,263.60 | $618.12 | $1,565.90 |
| 5/4/20 D.I. 829 | 11/1/19 – 3/31/20 | $18,701.50 | $576.00 | 5/29/20 D.I. 840 | $14,961.20 | $576.00 | $3,740.30 |
| | **TOTAL** | **$151,702.00**[2] | **$7,175.94** | | **$121,361.60** | **$7,175.94** | **$30,340.40** |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The Debtors' corporate headquarters is located at 3520 Spirit Drive SE, Albuquerque, NM 87106.

[2] As an accommodation to the Debtors, Young Conaway has agreed at this time to not seek payment of $45,510.60 of the $151,702.00 total compensation earned during the Fee Period.

26399243.3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x
In re:                                    : Chapter 11
                                          :
**ONE AVIATION CORPORATION, *et al.*,**[1]   : Case No. 18-12309 (CSS)
                                          :
Debtors.                                  : Jointly Administered
                                          :
                                          : Hearing Date: September 2, 2020 at 10:00 a.m. (ET)
                                          : Objection Deadline: August 4, 2020 at 4:00 p.m. (ET)
---------------------------------------------------------------x

**CONSOLIDATED FOURTH, FIFTH, AND SIXTH INTERIM FEE**
**REQUEST OF DUFF & PHELPS SECURITIES, LLC**

Name of Applicant:                              Duff & Phelps Securities, LLC

Authorized to Provide Professional Services to: Debtors and Debtors in Possession

Effective Date of Retention:                    October 9, 2018

Period for Which Compensation
and Reimbursement is Sought:                    August 1, 2019 through September 30, 2019

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 10/22/19 D.I. 744 | 8/1/19-9/30/19 | $50,000.00 | $2,004.96 | 2/10/20 D.I. 797 | $40,000.00 | $2,004.96 | $10,000.00 |
|  | **TOTAL** | **$50,000.00** | **$2,004.96** |  | **$40,000.00** | **$2,004.96** | **$10,000.00** |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The Debtors' corporate headquarters is located at 3520 Spirit Drive SE, Albuquerque, NM 87106.

26399243.3