## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
                                              :
In re:                                        :    Chapter 11
                                              :
ONE AVIATION CORPORATION, et al.,[1]          :    Case No. 18-12309 (CSS)
                                              :
          Debtors.                            :    Jointly Administered
                                              :
                                              :    Re: Docket No. 854
------------------------------------------------------------ x
```

### SUPPLEMENT TO THE CONSOLIDATED FOURTH, FIFTH AND SIXTH INTERIM FEE REQUEST OF PAUL HASTINGS LLP FOR THE PERIOD OF OCTOBER 1, 2019 THROUGH DECEMBER 31, 2019

Paul Hastings LLP ("Paul Hastings"), attorneys for ONE Aviation Corporation and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby supplements the *Consolidated Fourth, Fifth, and Sixth Interim Fee Request of Paul Hastings LLP* [Docket No. 854] (the "Application") for the period from October 1, 2019 through December 31, 2019 (the "Application Period") by attaching, as **Exhibits A** through **E** hereto, certain schedules requested by *Appendix B of the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines"). In addition, Paul Hastings respectfully responds as follows to the questions set forth in section C.5 of the U.S. Trustee Guidelines:

---

[1]  The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The debtors' corporate headquarters is located at 3520 Spirit Drive SE, Albuquerque, NM 87106.

Question:    Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees, or terms for services pertaining to this engagement that were provided during the Application Period?

Response:    Yes.  As a courtesy to the Debtors, and based on circumstances unique to these chapter 11 cases, Paul Hastings is not seeking payment at this time for the services of those timekeepers who billed less than 5.0 hours each month during the Application Period, with associated fees aggregating $41,400.00.  As an additional accommodation to the Debtors, Paul Hastings has agreed at this time to not seek payment of $146,340.38 of the $529,201.25 total compensation earned during the Application Period, with a combined amount of reduced fees aggregating $187,740.38 ($146,340.38 plus the $41,400.00 reduction of fees on account of timekeepers who billed less than 5.0 hours each month during the Application Period).[2]

Question:    If the fees sought in this application as compared to the fees budgeted for the Application Period are higher by 10% or more, did you discuss the reasons for the variation with the client?

Response:    Not applicable.

Question:    Have any of the professionals included in this application varied their hourly rate based on the geographic location of the bankruptcy case?

Response:    No.

Question:    Does the application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.

Response:    The Application includes approximately 101.2 hours and associated fees of approximately $72,456.00 related to reviewing or revising time records or preparing, reviewing, or revising invoices for, among other things, privileged or confidential information.  These tasks are performed concurrently by the same individuals and, thus, such time is not susceptible to division on a task-by-task basis.

---

[2]    The time billed by these timekeepers was reasonable, and Paul Hastings reserves the right to seek allowance of these fees based on the facts and circumstances of these cases, including, without limitation, if objections are interposed to the allowance of Paul Hastings' fees and expenses.

26735120.2

Question:    Does this application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

Response:    Yes, as set forth above.

Question:    If the application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rates increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation consistent with ABA Formal Ethics Opinion 11-458?

Response:    Consistent with customary practice and as noted in the Notices of Change in Hourly Rates [Docket Nos. 266 and 702], Paul Hastings adjusted its hourly rates effective January 1, 2019 and October 1, 2019.  In the *Debtors' Application for Entry of an Order Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Counsel to the Debtors,* Nunc Pro Tunc *to the Petition* Date [Docket No. 79] (the "Retention Application"), the Debtors acknowledged that Paul Hastings periodically adjusts its rates to reflect economic and other conditions and consented to such adjustments so long as Paul Hastings charges its regular hourly rates in effect at the time.

Dated:  July 14, 2020
        Chicago, IL                    */s/ Chris L. Dickerson*
                                       Chris L. Dickerson (admitted *pro hac vice*)
                                       Brendan M. Gage (admitted *pro hac vice*)
                                       Nathan S. Gimpel (admitted *pro hac vice*)
                                       PAUL HASTINGS LLP
                                       71 South Wacker Drive, Suite 4500
                                       Chicago, Illinois 60606
                                       Telephone:  (312) 499-6000
                                       Facsimile:  (312) 499-6100

                                       - and -

                                       Todd M. Schwartz (admitted *pro hac vice*)
                                       PAUL HASTINGS LLP
                                       1117 S. California Avenue
                                       Palo Alto, California 94304
                                       Telephone:  (650) 320-1800
                                       Facsimile:  (650) 320-1900

                                       *Counsel to the Debtors and Debtors in Possession*

## EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

The blended hourly rate for Paul Hastings' timekeepers in its U.S. offices who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the twelve-month period beginning on January 1, 2019 and ending on December 31, 2019 was, in the aggregate, approximately $859 per hour. The blended hourly rate for Paul Hastings' timekeepers who billed to the Debtors during the Application Period was approximately $865 per hour. A detailed comparison of these rates follows:

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Non-Bankruptcy Matters Blended Hourly Rate | Debtor Blended Hourly Rate[2] |
| Partner | $1,112 | $1,169 |
| Counsel | $1,016 | $295 |
| Associate | $734 | $776 |
| Paralegal | $358 | $337 |
| **All Timekeepers Aggregated** | **$859** | **$865**[3] |

---

[1]   It is the nature of Paul Hastings' practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Paul Hastings' restructuring group. Accordingly, Non-Bankruptcy Matters consist of matters for which Paul Hastings' timekeepers represented a client in matters other than court-approved engagements as counsel for the debtor or an official committee under the Bankruptcy Code. As such, the Non-Bankruptcy Matters include, in part, time billed by Paul Hastings' timekeepers who work primarily within Paul Hastings' restructuring group.

[2]   Chris L. Dickerson (partner), Robert P. Silvers (partner), Randall V. Johnston (associate), and Nathan S. Gimpel (associate) provided a substantial portion of Paul Hastings' services to the Debtors during the Application Period. Because their rates are at the higher end of the range of rates billed by Paul Hastings' partners and associates, respectively, and in light of the fact that their time and expertise were required for this engagement, the blended rates for this case moved to the higher end of the range of rates billed by Paul Hastings.

[3]   The blended rate reflects the voluntarily reduced fees on account of timekeepers who billed less than 5.0 hours each month during the Application Period divided by the total hours billed.

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS
INCLUDED IN THE APPLICATION PERIOD**

| Name | Position, Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In this Application | In First Interim Fee Application | |
| Chris L. Dickerson | Partner, 1998, Corporate | $47,416.50 | 36.90 | $1,285.00 | $1,150.00 | 2 |
| Kenneth W. Gage | Partner, 1991, Employment | $113.50 (voluntarily reduced to $0.00) | 0.10 | $1,135.00 | n/a | n/a |
| Robert P. Silvers | Partner, 2007, Litigation | $106,843.00 | 88.30 | $1,210.00 | $1,075.00 | 2 |
| Scott M. Flicker | Partner, 1988, Litigation | $19,803.00 | 13.80 | $1,435.00 | $1,300.00 | 2 |
| Scott M. Flicker | Partner, 1988, Litigation | $6,744.50 (voluntarily reduced to $0.00) | 4.70 | $1,435.00 | $1,300.00 | 2 |
| Todd M. Schwartz | Partner, 2007, Corporate | $16,945.50 | 14.30 | $1,185.00 | $1,050.00 | 2 |

---

[1] Consistent with customary practice and as noted in the Notices of Change in Hourly Rates [Docket. Nos. 266 and 702], Paul Hastings adjusted its hourly rates effective January 1, 2019 and October 1, 2019. In the Retention Application, the Debtors acknowledged that Paul Hastings periodically adjusts its rates to reflect economic and other conditions and consented to such adjustments so long as Paul Hastings charges its regular hourly rates in effect at the time.

| Name | Position, Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In this Application | In First Interim Fee Application | |
| Todd M. Schwartz (Travel) | Partner, 2007, Corporate | $2,073.75 | 3.50 | $592.50 (Bill at ½ rate) | $525.00 (Bill at ½ rate) | 2 |
| Todd M. Schwartz | Partner, 2007, Corporate | $4,266.00 (voluntarily reduced to $0.00) | 3.60 | $1,185.00 | $1,050.00 | 2 |
| **PARTNERS** | | **$204,205.75** | **165.20** | | | |
| Katherine A. Traxler | Of Counsel, 1990, Corporate | $4,300.00 | 5.00 | $860.00 | $795.00 | 2 |
| Katherine A. Traxler | Of Counsel, 1990, Corporate | $3,612.00 (voluntarily reduced to $0.00) | 4.20 | $860.00 | $795.00 | 2 |
| Nicholas A. Bassett | Of Counsel, 2008, Corporate | $6,669.00 (voluntarily reduced to $0.00) | 5.40 | $1,235.00 | $1,125.00 | 2 |
| **COUNSEL** | | **$14,581.00** | **14.60** | | | |
| Brendan Gage | Associate, 2011, Corporate | $5,071.50 (voluntarily reduced to $0.00) | 4.90 | $1,035.00 | $925.00 | 2 |
| Holly Suzanna Flynn | Associate, 2018, Litigation | $35,977.50 | 53.30 | $675.00 | n/a | n/a |
| Jonathan Simons | Associate, 2017, Corporate | $994.50 (voluntarily reduced to $0.00) | 1.30 | $765.00 | $645.00 | 2 |

26735120.2

| Name | Position, Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In this Application | In First Interim Fee Application | |
| Katherine S. Rookard | Associate, 2016, Corporate | $4,189.50 (voluntarily reduced to $0.00) | 4.90 | $855.00 | $710.00 | 2 |
| Max Cardin | Associate, 2019, Corporate | $2,984.50 (voluntarily reduced to $0.00) | 4.70 | $635.00 | n/a | n/a |
| Mike Jones | Associate, 2011. Corporate | $1,606.50 (voluntarily reduced to $0.00) | 2.10 | $765.00 | n/a | n/a |
| Nathan S. Gimpel | Associate, 2013, Corporate | $66,933.00 | 66.60 | $1,005.00 | $885.00 | 2 |
| Quinn L. Dang | Associate, 2016, Corporate | $5,215.50 | 6.10 | $855.00 | $710.00 | 2 |
| Randall V. Johnston | Associate, 2014, Litigation | $91,756.50 | 91.30 | $1,005.00 | n/a | n/a |
| Randall V. Johnston (Travel) | Associate, 2014, Litigation | $2,211.00 | 4.40 | $502.50 (Bill at ½ rate) | n/a | n/a |
| Robert A. Dixon | Associate, 2018, Corporate | $78,772.50 | 116.70 | $675.00 | $570.00 | 2 |
| Surur F. Yonce | Associate, 2019, Litigation | $3,619.00 | 5.70 | $635.00 | n/a | n/a |

26735120.2

| Name | Position, Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | In this Application | In First Interim Fee Application | |
| Surur F. Yonce | Associate, 2019, Litigation | $1,905.00 (voluntarily reduced to $0.00) | 3.00 | $635.00 | n/a | n/a |
| Talya Hutchinson | Associate, 2017, Litigation | $1,071.00 (voluntarily reduced to $0.00) | 1.40 | $765.00 | n/a | n/a |
| **ASSOCIATES** | | **$302,308.00** | **366.40** | | | |
| Jocelyn Kuo | | $976.50 (voluntarily reduced to $0.00) | 2.10 | $465.00 | $430 | 2 |
| Tina Lynn Wyatt | | $5,934.00 | 12.90 | $460.00 | n/a | n/a |
| Tina Lynn Wyatt | | $1,196.00 (voluntarily reduced to $0.00) | 2.60 | $460.00 | n/a | n/a |
| **PARAPROFESSIONALS** | | **$8,106.50** | **17.60** | | | |
| **Subtotal:** | | **$529,201.25** | **563.80** | | | |
| **Less Voluntary Fee Reduction:[2]** | | **($187,740.38)** | | | | |

[2]    As a courtesy to the Debtors, Paul Hastings is not seeking payment at this time for the services of those timekeepers who billed less than 5.0 hours each month during the Application Period, with associated fees aggregating $41,400.00. As an additional accommodation to the Debtors, Paul Hastings has agreed at this time to not seek payment of $146,340.38 of the $529,201.25 total compensation earned during the Application Period, with a combined amount of reduced fees aggregating $187,740.38 ($146,340.38 plus the $41,400.00 reduction of fees on account of timekeepers who billed less than 5.0 hours each month during the Application Period). The time billed by these timekeepers was reasonable, and Paul Hastings reserves the right to seek allowance of these fees based on the facts and circumstances of these cases, including, without limitation, if objections are interposed to the allowance of Paul Hastings' fees and expenses.

| Name | Position, Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | In this Application | In First Interim Fee Application | |
| **Grand Total:** | | **$341,460.88** | | | | |
| **Blended Hourly Rate:** [3] | | **$865** | | | | |

---

[3]    The blended rate reflects the voluntarily reduced fees on account of timekeepers who billed less than 5.0 hours each month during the Application Period divided by the total hours billed.

5

## EXHIBIT C

## BUDGET AND STAFFING PLAN

**EXHIBIT C-1**

**BUDGET**

**Period Covered:** October 1, 2019 through December 31, 2019[1]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Budget Period | Estimated Fees |
|---|---|---|
| B130    Asset Disposition | 10.00 | $8,650.00 |
| B160    Fee / Employment Applications  (Paul Hastings) | 120.00 | $103,800.00 |
| B165    Fee / Employment Applications  (Other Professionals) | 10.00 | $8,650.00 |
| B185    Assumption / Rejection of Leases and Contracts | 10.00 | $8,650.00 |
| B191    General Litigation | 10.00 | $8,650.00 |
| B195    Non-Working Travel | 10.00 | $8,650.00 |
| B215    Regulatory Matters | 280.00 | $242,200.00 |
| B220    Employee Benefits/Pensions | 11.00 | $9,515.00 |
| B230    Financing / Cash Collections | 25.00 | $21,625.00 |
| B260    Board of Directors Matters | 10.00 | $8,650.00 |
| B310    Claims Administration and Objections | 3.00 | $2,595.00 |
| B320    Plan and Disclosure Statement | 80.00 | $69,200.00 |
| **TOTAL** | 579.00 | $500,835.00 |

---

[1]    The budget set forth herein was based on the following assumptions: (i) the lack of material litigation (or the prompt resolution of any such litigation); (ii) the lack of adversary proceedings; and (iii) the absence of any matters requiring extensive discovery or evidentiary hearings.  Thus, this budget, in light of the above assumptions, did not ultimately reflect the totality of the work that needed to be done in these chapter 11 cases during the Application Period.

26735120.2

**EXHIBIT C-2**

**STAFFING PLAN**

**Period Covered:**  October 1, 2019 through December 31, 2019[1]

| Category of Timekeeper (using categories maintained by the firm) | Number of Timekeepers Expected to Work on Matter During Budget Period | Anticipated Average Hourly Rate for Budget Period |
|---|---|---|
| Partner | 4 | $1,169 |
| Of Counsel | 2 | $295 |
| Associate (7 or more years since first admission) | 2 | $909 |
| Associate (4-6 years since first admission) | 2 | $930 |
| Associate (less than 4 years since first admission) | 5 | $657 |
| Paralegal | 2 | $337 |

---

[1]   The staffing plan set forth herein was based on the following assumptions: (i) the lack of material litigation (or the prompt resolution of any such litigation); (ii) the lack of adversary proceedings; and (iii) the absence of any matters requiring extensive discovery or evidentiary hearings.  Thus, this staffing plan, in light of the above assumptions, did not ultimately reflect the totality of the work that needed to be done in these chapter 11 cases during the Application Period.

**EXHIBIT D**

**SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENT**

**FOR THE APPLICATION PERIOD**

26735120.2

**EXHIBIT D-1**

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B130    Asset Disposition | 0.10 | $0.00 |
| B160    Fee / Employment Applications  (Paul Hastings) | 133.70 | $84,077.00 |
| B165    Fee / Employment Applications  (Other Professionals) | 4.00 | $2,983.50 |
| B185    Assumption/Rejection of Leases and Contracts | 9.10 | $8,542.50 |
| B191    General Litigation | 11.80 | $1,012.50 |
| B195    Non-Working Travel | 7.90 | $4,284.75 |
| B215    Regulatory Matters | 296.60 | $289,205.00 |
| B220    Employee Benefits/Pensions | 2.10 | $2,010.00 |
| B230    Financing / Cash Collections | 20.40 | $14,694.00 |
| B260    Board of Directors Matters | 3.40 | $2,955.50 |
| B310    Claims Administration and Objections | 2.50 | $2,010.00 |
| B320    Plan and Disclosure Statement | 72.20 | $76,026.50 |
| **TOTAL** | **563.80** | **$487,801.25**[1] |

---

[1]    This amount reflects Paul Hastings' voluntary reduction of its fees associated with timekeepers who billed less than 5.0 hours each month during the Application Period.

**EXHIBIT D-2**

| SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY ||
| --- | --- |
| **Category** | **Amount** |
| Airfare | $799.60 |
| Computer Search | $9.45 |
| Court Reporting Services | $1,713.75 |
| Lodging | $2,961.37 |
| Meals | $712.26 |
| Reproduction Charges Black and White (2,378 pages at $.08 per page) | $190.24 |
| Reproduction Charges  Color (2,171 pages at $.50 per page) | $1,085.50 |
| Taxi | $793.94 |
| Travel – Inflight Wi-Fi | $24.98 |
| **TOTAL** | **$8,291.09** |

**EXHIBIT E**

**SUMMARY OF FIFTH INTERIM FEE REQUEST SUPPLEMENT**

| Name of Applicant | Paul Hastings LLP |
|---|---|
| Name of Client | Debtors |
| Time period covered by this Application | October 1, 2019 through December 31, 2019 |
| Total compensation sought during the Application Period | $341,460.88 |
| Total expenses sought during the Application Period | $8,291.09 |
| Petition Date | October 9, 2018 |
| Retention Date | October 9, 2018 |
| Date of order approving employment | November 16, 2018 [Docket No. 166] |
| Total compensation approved by interim order to date | $5,885,958.51 |
| Total expenses approved by interim order to date | $43,002.44 |
| Total allowed compensation paid to date | $5,105,071.95 |
| Total allowed expenses paid to date | $58,020.86 |
| Blended rate in the Application Period for all attorneys | $882 |
| Blended rate in the Application Period for all timekeepers | $865 |
| Compensation sought for the Application Period already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Expenses sought for the Application Period already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals included for the Application Period | 19 |
| If applicable, number of professionals for the Application Period not included in staffing plan approved by client | 4 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amt. Budgeted:  $500,835.00<br>Amt. Sought:  $341,460.88 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 12.  Please note that, as a courtesy to the Debtors and based on circumstances unique to these chapter 11 cases, Paul Hastings is not seeking payment at this time for the services of those timekeepers who billed less than 5.0 hours each month during the Application Period.  As a result, Paul Hastings is not seeking payment for $41,400.00. |
| Are any rates higher than those approved or disclosed at | Yes.  Consistent with customary practice and as noted in the Notices of Change in Hourly Rates |

| retention? | [Docket Nos. 266 and 702], Paul Hastings adjusted its hourly rates effective January 1, 2019 and October 1, 2019.  In the Retention Application, the Debtors acknowledged that Paul Hastings periodically adjusts its rates to reflect economic and other conditions and consented to such adjustments so long as Paul Hastings charges its regular hourly rates in effect at the time. |