## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

------------------------------------------------------------- x
                        :

In re:                      :    **Chapter 11**
                        :

**ONE AVIATION CORPORATION,** *et al.,*[1]  :    **Case No. 18-12309 (CSS)**
                        :

         **Debtors.**         :    **Jointly Administered**
                        :

                      :    Re: Docket No. 854
------------------------------------------------------------- x

### SUPPLEMENT TO THE CONSOLIDATED FOURTH, FIFTH AND SIXTH INTERIM FEE REQUEST OF PAUL HASTINGS LLP FOR THE PERIOD OF JANUARY 1, 2020 THROUGH MARCH 31, 2020

Paul Hastings LLP ("Paul Hastings"), attorneys for ONE Aviation Corporation

and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the

"Debtors"), hereby supplements the *Consolidated Fourth, Fifth, and Sixth Interim Fee Request*

*of Paul Hastings LLP* [Docket No. 854] (the "Application") for the period from January 1, 2020

through March 31, 2020 (the "Application Period") by attaching, as **Exhibits A** through **E**

hereto, certain schedules requested by *Appendix B of the United States Trustee's Guidelines for*

*Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11*

*U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines").  In

addition, Paul Hastings respectfully responds as follows to the questions set forth in section C.5

of the U.S. Trustee Guidelines:

---

[1]    The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are:  ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986).  The debtors' corporate headquarters is located at 3520 Spirit Drive SE, Albuquerque, NM 87106.

Question:     Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees, or terms for services pertaining to this engagement that were provided during the Application Period?

Response:     Yes.  As a courtesy to the Debtors, and based on circumstances unique to these chapter 11 cases, Paul Hastings (a) is not seeking payment at this time for the services of those timekeepers who billed less than 5.0 hours during a month in the Application Period, with associated fees aggregating $31,121.50, (b) is not seeking payment at this time of $81,643.35 of the $272,144.50 total compensation earned during the Application Period, and (c) did not implement the Firm-wide rate increase effective January 1, 2020 for services rendered during the Application Period, with associated fees aggregating $50,353.00.  The combined fee reductions for the Application Period totals $163,117.85.[2]

Question:     If the fees sought in this application as compared to the fees budgeted for the Application Period are higher by 10% or more, did you discuss the reasons for the variation with the client?

Response:     Not applicable.

Question:     Have any of the professionals included in this application varied their hourly rate based on the geographic location of the bankruptcy case?

Response:     No.

Question:     Does the application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.

Response:     The Application includes approximately 51.9 hours and associated fees of approximately $36,314.50 related to reviewing or revising time records or preparing, reviewing, or revising invoices for, among other things, privileged or confidential information.  These tasks are performed concurrently by the same individuals and, thus, such time is not susceptible to division on a task-by-task basis.

---

[2]     The time billed by these timekeepers was reasonable, and Paul Hastings reserves the right to seek allowance of these fees based on the facts and circumstances of these cases, including, without limitation, if objections are interposed to the allowance of Paul Hastings' fees and expenses.

26735129.2

<u>Question</u>:     Does this application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

<u>Response</u>:     Yes, as set forth above.

<u>Question</u>:     If the application includes any rate increases since retention:  (i) Did your client review and approve those rate increases in advance?  (ii) Did your client agree when retaining the law firm to accept all future rates increases?  If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation consistent with ABA Formal Ethics Opinion 11-458?

<u>Response</u>:     Consistent with customary practice and as noted in the Notices of Change in Hourly Rates [Docket Nos. 266 and 702], Paul Hastings adjusted its hourly rates effective January 1, 2019 and October 1, 2019.  In the *Debtors' Application for Entry of an Order Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Counsel to the Debtors,* Nunc Pro Tunc *to the Petition* Date [Docket No. 79] (the "<u>Retention Application</u>"), the Debtors acknowledged that Paul Hastings periodically adjusts its rates to reflect economic and other conditions and consented to such adjustments so long as Paul Hastings charges its regular hourly rates in effect at the time.

Dated:  July 14, 2020
        Chicago, IL                    */s/ Chris L. Dickerson*
                                       Chris L. Dickerson (admitted *pro hac vice*)
                                       Brendan M. Gage (admitted *pro hac vice*)
                                       Nathan S. Gimpel (admitted *pro hac vice*)
                                       PAUL HASTINGS LLP
                                       71 South Wacker Drive, Suite 4500
                                       Chicago, Illinois 60606
                                       Telephone:  (312) 499-6000
                                       Facsimile:  (312) 499-6100

                                       - and -

                                       Todd M. Schwartz (admitted *pro hac vice*)
                                       PAUL HASTINGS LLP
                                       1117 S. California Avenue
                                       Palo Alto, California 94304
                                       Telephone:  (650) 320-1800
                                       Facsimile:  (650) 320-1900

                                       *Counsel to the Debtors and Debtors in Possession*

26735129.2

## EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

The blended hourly rate for Paul Hastings' timekeepers in its Chicago, Washington, D.C., and New York offices who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the twelve-month period beginning on April 1, 2019 and ending on March 31, 2020 was, in the aggregate, approximately $876 per hour.  The blended hourly rate for Paul Hastings' timekeepers who billed to the Debtors during the Application Period was approximately $797 per hour.[2]  A detailed comparison of these rates follows:

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Non-Bankruptcy Matters Blended Hourly Rate | Debtor Blended Hourly Rate |
| Partner | $1,152 | $1,076 |
| Counsel | $1,059 | $0 |
| Associate | $751 | $752 |
| Paralegal | $352 | $460 |
| **All Timekeepers Aggregated** | **$876** | **$797** |

---

[1]   It is the nature of Paul Hastings' practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Paul Hastings' restructuring group. Accordingly, Non-Bankruptcy Matters consist of matters for which Paul Hastings' timekeepers represented a client in matters other than court-approved engagements as counsel for the debtor or an official committee under the Bankruptcy Code.  As such, the Non-Bankruptcy Matters include, in part, time billed by Paul Hastings' timekeepers who work primarily within Paul Hastings' restructuring group.

[2]   The blended rate reflects the voluntarily reduced fees divided by the total hours billed.

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS**
**INCLUDED IN THE APPLICATION PERIOD**

| Name | Position, Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In this Application | In First Interim Fee Application | |
| Chris L. Dickerson | Partner, 1998, Corporate | $42,405.00 | 33.00 | $1,285.00 | $1,150.00 | 2 |
| Holly Snow | Partner, 2009, Corporate | $1,044.00 (voluntarily reduced to $0.00) | 0.90 | $1,060.00 | n/a | n/a |
| Maureen E. Sweeney | Partner, 1996, Corporate | $6,916.00 | 5.60 | $1,235.00 | $1,100.00 | 2 |
| Robert P. Silvers | Partner, 2007, Litigation | $35,816.00 | 29.60 | $1,210.00 | $1,075.00 | 2 |
| Robert P. Silvers | Partner, 2007, Litigation | $3,025.00 (voluntarily reduced to $0.00) | 2.50 | $1,210.00 | $1,075.00 | 2 |
| Scott M. Flicker | Partner, 1988, Litigation | $5,740.00 (voluntarily reduced to$0.00) | 4.00 | $1,435.00 | $1,300.00 | 2 |
| Todd M. Schwartz | Partner, 2007, Corporate | $4,147.50 (voluntarily reduced to $0.00) | 3.50 | $1,185.00 | $1,050.00 | 2 |
| **PARTNERS** | | **$99,093.50** | **79.10** | | | |

---

[1]    Consistent with customary practice and as noted in the Notices of Change in Hourly Rates [Docket. Nos. 266 and 702], Paul Hastings adjusted its hourly rates effective January 1, 2019 and October 1, 2019.  In the Retention Application, the Debtors acknowledged that Paul Hastings periodically adjusts its rates to reflect economic and other conditions and consented to such adjustments so long as Paul Hastings charges its regular hourly rates in effect at the time.

| Name | Position, Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|------|------|------|------|------|------|------|
| | | | | In this Application | In First Interim Fee Application | |
| Katherine A. Traxler | Of Counsel, 1990, Corporate | $6,192.00 (voluntarily reduced to $0.00) | 7.20 | $860.00 | $795.00 | 2 |
| Nicholas A. Bassett | Of Counsel, 2008, Corporate | $5,681.00 (voluntarily reduced to $0.00) | 4.60 | $1,235.00 | $1,125.00 | 2 |
| **COUNSEL** | | **$11,873.00** | **11.80** | | | |
| Brendan Gage | Associate, 2011, Corporate | $931.50 (voluntarily reduced to $0.00) | 0.90 | $1,035.00 | $925.00 | 2 |
| Holly Suzanna Flynn | Associate, 2018, Litigation | $24,030.00 | 35.60 | $675.00 | n/a | n/a |
| Holly Suzanna Flynn | Associate, 2018, Litigation | $1,012.50 (voluntarily reduced to $0.00) | 1.50 | $675.00 | n/a | n/a |
| Katherine S. Rookard | Associate, 2016, Corporate | $256.50 (voluntarily reduced to $0.00) | 0.30 | $855.00 | $710.00 | 2 |
| Max Cardin | Associate, 2019, Corporate | $29,210.00 | 46.00 | $635.00 | n/a | n/a |
| Nathan S. Gimpel | Associate, 2013, Corporate | $43,818.00 | 43.60 | $1,005.00 | $885.00 | 2 |
| Randall V. Johnston | Associate, 2014, Litigation | $31,557.00 | 31.40 | $1,005.00 | n/a | n/a |
| Randall V. Johnston | Associate, 2014, Litigation | $3,015.00 (voluntarily reduced to $0.00 | 3.00 | $1,005.00 | n/a | n/a |
| Robert A. Dixon | Associate, 2018, Corporate | $56,092.50 | 83.10 | $675.00 | $570.00 | 2 |

| Name | Position, Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In this Application | In First Interim Fee Application | |
| Talya Hutchison | Associate, 2017, Corporate | $76.50 (voluntarily reduced to $0.00) | 0.10 | $765.00 | n/a | n/a |
| **ASSOCIATES** | | **$189,999.50** | **245.50** | | | |
| Tina Lynn Wyatt | Paralegal | $2,300.00 | 5.00 | $460.00 | n/a | n/a |
| **PARAPROFESSIONALS** | | **$2,300.00** | **5.00** | | | |
| **Subtotal:** | | **$303,266.00** | **341.40** | | | |
| **Less Voluntary Fee Reduction:[2]** | | **($112,764.85)** | | | | |
| **Grand Total:** | | **$190,501.15** | | | | |
| **Blended Hourly Rate:[3]** | | **$797** | | | | |

---

[2]   As a courtesy to the Debtors, and based on circumstances unique to these chapter 11 cases, Paul Hastings (a) is not seeking payment at this time for the services of those timekeepers who billed less than 5.0 hours during a month in the Application Period, with associated fees aggregating $31,121.50, (b) is not seeking payment at this time of $81,643.35 of the $272,144.50 total compensation earned during the Application Period, and (c) did not implement the Firm-wide rate increase effective January 1, 2020 for services rendered during the Application Period, with associated fees aggregating $50,353.00.  The combined fee reductions for the Application Period total $163,117.85.  The time billed by these timekeepers was reasonable, and Paul Hastings reserves the right to seek allowance of these fees based on the facts and circumstances of these cases, including, without limitation, if objections are interposed to the allowance of Paul Hastings' fees and expenses.

[3]   The blended rate reflects the voluntarily reduced fees divided by the total hours billed.

26735129.2

**EXHIBIT C**

**BUDGET AND STAFFING PLAN**

26735129.2

**EXHIBIT C-1**

**BUDGET**

**Period Covered:**  January 1, 2020 through March 31, 2020[1]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Budget Period | Estimated Fees |
|---|---|---|
| B110   Case Administration | 4.00 | $1,370.00 |
| B155   Court Hearings | 5.00 | $1,335.00 |
| B160   Fee / Employment Applications  (Paul Hastings) | 56.00 | $58,590.00 |
| B165   Fee / Employment Applications  (Other Professionals) | 5.00 | $3,820.00 |
| B190  Other Contested Matters | 40.00 | $44,375.00 |
| B191   General Litigation | 18.00 | $22,000.00 |
| B210   Business Operations | 19.00 | $21,550.00 |
| B211   Financial Reports | 3.00 | $3,750.00 |
| B215   Regulatory Matters | 51.00 | $59,925.00 |
| B230   Financing / Cash Collections | 46.00 | $52,000.00 |
| B310   Claims Administration and Objections | 30.00 | $27,360.00 |
| B320   Plan and Disclosure Statement | 82.00 | $85,375.00 |
| **TOTAL** | **359.00** | **$381,450.00** |

---

[1]   The budget set forth herein was based on the following assumptions: (i) the lack of material litigation (or the prompt resolution of any such litigation) regarding, among other things, the approval of debtor-in-possession financing and the confirmation of the Debtors' chapter 11 plan; (ii) the lack of adversary proceedings; and (iii) the absence of any matters requiring extensive discovery or evidentiary hearings.  Thus, this budget, in light of the above assumptions, did not ultimately reflect the totality of the work that needed to be done in these chapter 11 cases during the Application Period.

**EXHIBIT C-2**

**STAFFING PLAN**

**Period Covered:**  January 1, 2020 through March 31, 2020[1]

| Category of Timekeeper (using categories maintained by the firm) | Number of Timekeepers Expected to Work on Matter During Budget Period | Anticipated Average Hourly Rate for Budget Period |
|---|---|---|
| Partner | 4 | $1,169 |
| Of Counsel | 2 | $295 |
| Associate (7 or more years since first admission) | 2 | $909 |
| Associate (4-6 years since first admission) | 3 | $930 |
| Associate (less than 4 years since first admission) | 3 | $657 |
| Paralegal | 2 | $337 |

---

[1]   The staffing plan set forth herein was based on the following assumptions: (i) the lack of material litigation (or the prompt resolution of any such litigation) regarding, among other things, the approval of debtor-in-possession financing and the confirmation of the Debtors' chapter 11 plan; (ii) the lack of adversary proceedings; and (iii) the absence of any matters requiring extensive discovery or evidentiary hearings.  Thus, this staffing plan, in light of the above assumptions, did not ultimately reflect the totality of the work that needed to be done in these chapter 11 cases during the Application Period.

**<u>EXHIBIT D</u>**

**<u>SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENT</u>**

**<u>FOR THE APPLICATION PERIOD</u>**

**EXHIBIT D-1**

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 1.10 | $506.00 |
| B155   Court Hearings | 2.40 | $2,664.00 |
| B160   Fee / Employment Applications  (Paul Hastings) | 116.80 | $72,572.00 |
| B165   Fee / Employment Applications  (Other Professionals) | 5.50 | $2,671.50 |
| B190 Other Contested Matters (Monthly Operating Reports | 0.30 | $301.50 |
| B191   General Litigation | 5.20 | $301.50 |
| B210   Business Operations | 0.90 | $904.50 |
| B211   Financial Reports (Monthly Operating Reports) | 2.90 | $2,056.50 |
| B215   Regulatory Matters | 105.60 | $89,378.00 |
| B230   Financing / Cash Collections | 23.00 | $19,231.50 |
| B310   Claims Administration and Objections | 24.40 | $21,054.00 |
| B320   Plan and Disclosure Statement | 53.30 | $60,503.50 |
| **TOTAL** | **341.40** | **$272,144.50**[1] |

---

[1]    This amount reflects Paul Hastings' voluntary reduction of its fees associated with timekeepers who billed less than 5.0 hours during a month of the Application Period.

**EXHIBIT D-2**

| SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY ||
| Category | Amount |
| --- | --- |
| Computer Search | $177.11 |
| Lodging | $573.60 |
| Meals | $129.82 |
| Taxi | $617.15 |
| Travel – Inflight Wi-Fi | $55.97 |
| **TOTAL** | **$1,553.65** |

26735129.2

# EXHIBIT E

## SUMMARY OF SIXTH INTERIM FEE REQUEST SUPPLEMENT

| | |
|---|---|
| Name of Applicant | Paul Hastings LLP |
| Name of Client | Debtors |
| Time period covered by this Application | January 1, 2020 through March 31, 2020 |
| Total compensation sought during the Application Period | $190,501.15 |
| Total expenses sought during the Application Period | $1,553.65 |
| Petition Date | October 9, 2018 |
| Retention Date | October 9, 2018 |
| Date of order approving employment | November 16, 2018 [Docket No. 166] |
| Total compensation approved by interim order to date | $5,885,958.51 |
| Total expenses approved by interim order to date | $43,002.44 |
| Total allowed compensation paid to date | $5,105,071.95 |
| Total allowed expenses paid to date | $58,020.86 |
| Blended rate in the Application Period for all attorneys | $802[1] |
| Blended rate in the Application Period for all timekeepers | $797 |
| Compensation sought for the Application Period already paid pursuant to a monthly compensation order but not yet allowed | $124,261.58 |
| Expenses sought for the Application Period already paid pursuant to a monthly compensation order but not yet allowed | $1,479.31 |
| Number of professionals included for the Application Period | 16 |
| If applicable, number of professionals for the Application Period not included in staffing plan approved by client | 4 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amt. Budgeted: $381,450.00[2]<br>Amt. Sought: $190,501.15 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 8.  Please note that as a courtesy to the Debtors, and based on circumstances unique to these chapter 11 cases, Paul Hastings is not seeking payment at this time for the services of those timekeepers who billed less than 5.0 hours during a month in the Application Period.  As a result, Paul Hastings is not seeking payment for |

---

[1]    The blended rate reflects the voluntarily reduced fees divided by the total hours billed.
[2]    While there was no budget for this Application Period, we used projected fees to approximate the amount.

26735129.2

| | $31,121.50 in fees for the services provided by these 8 professionals. |
|---|---|
| Are any rates higher than those approved or disclosed at retention? | Yes.  Consistent with customary practice and as noted in the Notices of Change in Hourly Rates [Docket Nos. 266 and 702], Paul Hastings adjusted its hourly rates effective January 1, 2019 and October 1, 2019.  In the Retention Application, the Debtors acknowledged that Paul Hastings periodically adjusts its rates to reflect economic and other conditions and consented to such adjustments so long as Paul Hastings charges its regular hourly rates in effect at the time. |

26735129.2