# **<u>EXHIBIT C</u>**

--------- Forwarded message ---------
From: **Mike Press** <mike.press@eclipse.aero>
Date: Thu, Dec 10, 2020 at 4:22 PM
Subject: Re: Finance data question
To: Jon Hansen <jon.hansen@oneaviation.aero>
Cc: Carol LaRotonda <carol.larotonda@oneaviation.aero>, Mike Hinton <mike.hinton@oneaviation.aero>, Alan Klapmeier <alan.klapmeier@oneaviation.aero>

Jon,

As we just discussed this afternoon, you returned only 2 file cabinets today. I was just made aware that you removed from the facilities **19 file cabinets**, and all the files from Lynn Judge's desk and all the files from Jennifer Montano's desk. This was a total shock to me, as I was told by someone at One Aviation (don't know by whom) that only **FOUR** file cabinets were removed. As I said this afternoon, unless there is a complete audit of those file cabinets, I cannot be sure if files inside belong to Eclipse Aerospace or One Aviation. You and I, or a designated rep from each company can do the audit, or we can hire an independent auditor, or we can have the lawyers fight over it. I need an answer by tomorrow as we only have one week left before Christmas week.

The same goes for the financial files that are missing on the **F:Drive**

Regarding the **Employees records**, I did check with our lawyers and they advised me to send you the attached letter. Those records belong to the employee--not the company--same as your medical records that are stored with your doctor. By the way, ALL employees have signed this release and I will be forwarding those to you once we have an agreement.

You told me you need One Aviation Board approval--please pass this email to the Board.

*Regards,*

*Mike*

Mike Press
**CEO, Eclipse Aerospace**
314-277-6890
mike.press@eclipse.aero


On Wed, Dec 9, 2020 at 9:37 AM Mike Press <mike.press@eclipse.aero> wrote:
Jon--thank you very much for quick response and yes, I believe we can work this out this week.

It would help very much if you could identify the named files on the server that were removed, so Jennifer can then identify what she believes are in those files that belong to Eclipse Aerospace.  Then, she can identify more specifically what she needs and  if you still have concerns and don't agree we can work it out ourselves.  If we still can't agree then we let the lawyers fight it out.

Same with the file cabinets that are NOT returned.  I know the HR records are still in dispute and we are trying to work a solution for that, and our HR, Lynn Judge is trying to propose a resolution so we can keep lawyers out of that one also. Hope to have a proposal to you in the next day or two on that one.

Mike

On Wed, Dec 9, 2020 at 10:08 AM Jon Hansen <jon.hansen@oneaviation.aero> wrote:
Mike,

Regarding your question to me yesterday on when we will transfer the contents of the file cabinets, there are two cabinets that we have identified as contents that are due Global AML in accordance with the APA and I am looking to have those delivered today, but I will get back to you to a little later confirm that and the timing.  There are other files that we are  waiting on clarification from our legal what is due per the APA and  what we may need to defend possible future lawsuits.

The contents of the two file cabinets that will be delivered include NDAs, supplier contracts, aircraft contracts, trademark and patent files.

With regards to the question on the finance documents on the F drive, it will be beneficial to have more specificity on what is requested.  The request as presented to us, does not contain adequate detail to determine if there are files due to AML Global as part of the APA.  Our recommendation is that we arrange for a call with your CFO and Carol to articulate what is requested.  Jennifer can participate in that call, but it is key that your CFO is representing AML Global.  Please advise if you want to proceed with the call.

Sincerely,

**Jon Hansen**
Vice President, Operations | **ONE Aviation**
Office: 505.724.1773| Mobile: 505.350.1224
e-mail: jon.hansen@oneaviation.aero


**From:** Mike Press [mailto:mike.press@eclipse.aero]
**Sent:** Tuesday, December 8, 2020 3:14 PM
**To:** Mike Hinton
**Cc:** Jon Hansen; Carol LaRotonda
**Subject:** Re: Finance data question

Mike--I noticed Jon Hansen and Carol LaRotonda are on this email. This is an unacceptable answer and it really pertains more globally to the file cabinets plus the information on the servers that were removed from the facility and the servers that contained Eclipse Aerospace intellectual property.  The problem of  you and One Aviation requesting a written list of what is missing from both is difficult without auditing the missing joint files on both the server and the file cabinets.

Now I don't want to get the lawyers back involved, but I will if I have to.  We need to go through a "Joint" audit of these files on both the servers and file cabinets.

Please forward this email to whoever is left in senior management at One Aviation so we can work out a solution without the lawyers.

Mike Press
**CEO, Eclipse Aerospace**
314-277-6890
mike.press@eclipse.aero

On Tue, Dec 8, 2020 at 4:43 PM Mike Hinton <Mike.Hinton@oneaviation.aero> wrote:
Mike,

To your question below regarding historical data on the F-drive:  Much of the data that was on the F-drive is still there.  The F-drive has been scrubbed of the data that was not included in AML's purchase per the APA.  The determination guidelines of what was to keep and what was to deleted were made in consultation with the lawyers (as I understand).  Requests for specific data that may have been removed in this process need to be made in writing.

Thanks,

**Mike Hinton**
**Chief Engineer / Exec. Dir., Engineering**
**Dir., Information Technology (acting)**
**ONE Aviation Corporation**
(218) 341-7135
Mike.Hinton@OneAviation.Aero

---------- Forwarded message ---------
From: **Mike Press** <mpress@spjets.com>
Date: Tue, Dec 8, 2020 at 11:56 AM

Thanks Mike,

Jennifer tells me she still cannot find Eclipse Aerospace historical accounts on the F-drive.

She says they are hidden from her onto a cache or USB drive.

What do you know about this?


--

*Regards,*

*Mike*

Mike Press
**CEO, Eclipse Aerospace**
314-277-6890
mike.press@eclipse.aero

PROPRIETARY INFORMATION. All information and data contained herein are the property of ONE Aviation Corp. and/or its subsidiaries, Eclipse Aerospace Inc. and Kestrel Aircraft Corp., and are not to be duplicated or disclosed to others for any purpose without the consent of ONE Aviation Corp., Albuquerque, NM. If you are not the intended recipient, please delete this email immediately.

This email may contain commodities, technology or software exported from the United States in accordance with the Export Administration Regulations. These commodities, technology or software are intended for use only in the End User's country. An export license from the U.S. Department of Commerce may be required before these products can be re-exported, transferred, transshipped on a non-continuous voyage, or otherwise disposed of in any other country, either in their original form or after being incorporated into an end item. Diversion of this end-item or its use contrary to any applicable U.S. government license or to U.S. law is prohibited.