IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
**In re:** : Chapter 7
:
**ONE AVIATION CORPORATION,** *et al.*,[1] : Case No. 18-12309 (CSS)
:
Debtors. : Jointly Administered
:
---------------------------------------------------------------x

### NOTICE OF FILING OF SCHEDULE OF UNPAID DEBTS

**PLEASE TAKE NOTICE** that, on February 18, 2021, the Court entered the *Order converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* [D.I. 1152] (the "Conversion Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Conversion Order and in accordance with Bankruptcy Rule 1019(5)(A)(i) of the Federal Rules of Bankruptcy Procedure, the Debtors hereby submit the schedule of known unpaid debts incurred from October 9, 2018 through February 18, 2021 (the "Pre-Conversion Period") attached hereto as **Exhibit A.**

**PLEASE TAKE FURTHER NOTICE** that there are a number of claims listed on the claims register that have been asserted for amounts arising during the Pre-Conversion Period, the validity of which has not been determined or amounts reconciled, as the case may be, but which have been included by reference on **Exhibit A** out of an abundance of caution.

**PLEASE TAKE FURTHER NOTICE** that nothing included on the attached **Exhibit A** is intended nor shall be deemed to (a) constitute an admission as to the validity of any debt (including whether such debt arose during the Pre-Conversion Period) or (b) impair, prejudice, waive, or otherwise affect any rights, claims, or defense of the Debtors and their estates with respect to the debts listed on **Exhibit A**.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The Debtors' corporate headquarters is located at 3520 Spirit Drive SE, Albuquerque, NM 87106.

**Error!**

Dated: March 4, 2021
      Wilmington, Delaware

/s/ Jaime Luton Chapman
M. Blake Cleary (No. 3614) (mbcleary@ycst.com)
Jaime Luton Chapman (No. 4936) (jchapman@ycst.com)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

Chris L. Dickerson (admitted *pro hac vice*)
Brendan M. Gage (admitted *pro hac vice*)
Nathan S. Gimpel (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

- and -

Todd M. Schwartz (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
1117 S. California Avenue
Palo Alto, California 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

*Counsel to the Debtors*

# **EXHIBIT A**

**Error!**

| **Creditor** | **Address** | **Amount** |
|---|---|---|
| (Various parties who have filed claims on the claims register for amounts allegedly owing during the Pre-Conversion Period) | | Unknown[1] |
| James P. Carroll | Carroll Services LLC<br>19680 Marino Lake Cir. – Unit 2403<br>Miromar Lakes, FL 33913 | Unknown[1] |
| Crystal Financial SBIC LP | Curtis S. Miller<br>Morris, Nichols, Arsht & Tunnel LLP<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19899<br><br>Jeffrey D. Ganz<br>Riemer & Braunstein LLP<br>100 Cambridge Street, 22nd Floor<br>Boston, MA 02114 | $104,668.72 |
| Duff & Phelps Securities, LLC | Matthew Gates<br>55 East 52nd Street, 31st Floor<br>New York, NY 10055 | Unknown[2] |
| Jon Dwight | Invent Development Partners<br>3858 Walnut Street, Suite 104<br>Denver, CO  80205 | Unknown[1] |
| Epiq Corporate Restructuring, LLC | Kathryn Tran<br>777 Third Ave., 12th Floor<br>New York, NY 10017 | Unknown[2] |

---

[1]   To be determined in connection with any claims reconciliation process.

[2]   The total amount of unpaid debt owing to each of the professionals is not currently known and it is anticipated that such amount will be ascertained upon the filing of a final fee application or receipt of final invoice, as applicable.

**Error!**

| Creditor | Address | Amount |
|---|---|---|
| Ernst & Young LLP | Briana Richards<br>5 Times Square<br>New York, NY 10036 | Unknown[2] |
| JD Lockaway LLC | Kathleen M. Miller<br>1000 West Street, Suite 1501<br>Wilmington, DE 19877 | $28,325.88 |
| Landis Rath & Cobb LLP | Adam G. Landis and Kerri Mumford<br>919 Market Street<br>Wilmington, DE 19801 | Unknown[2] |
| Lowenstein Sandler LLP | Wojciech F. Jung<br>1251 Avenue of the Americas<br>New York, NY 10020 | Unknown[2] |
| Paul Hastings LLP | Chris Dickerson<br>71 South Wacker Drive, Suite 4500<br>Chicago, IL 60606 | Unknown[2] |
| von Breisen & Roper s.c. | Jeffrey L. Hesson<br>55 Jewelers Park Drive Suite 400<br>Neenah, WI  54956 | Unknown[2] |
| Michael Wyse | Wyse Advisors LLC<br>51 JFK Parkway<br>First Floor West<br>Short Hills, NJ 07078 | Unknown[1] |
| Young Conaway Stargatt & Taylor, LLP | M. Blake Cleary and Jaime Chapman<br>1000 North King Street<br>Wilmington, DE 19801 | Unknown[2] |

**Error!**