## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
                                              :
In re:                                        : Chapter 7
                                              :
ONE AVIATION CORPORATION, et al.,1            : Case No. 18-12309 (CSS)
                                              :
                    Debtors.                  : Jointly Administered
                                              :
-------------------------------------------------------------x
```

### NOTICE OF FILING OF FINAL REPORT

**PLEASE TAKE NOTICE** that, on February 18, 2021, the United States Bankruptcy Court for the District of Delaware entered in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors") the *Order Converting the Debtors' Chapter 11 Cases to Cases under Chapter 7 of the Bankruptcy Code* [D.I. 1152] (the "Conversion Order").

**PLEASE TAKE FUTHER NOTICE** that, pursuant to the Conversion Order and in accordance with Rule 1019(5)(A)(ii) of the Federal Rules of Bankruptcy Procedure, the Debtors hereby submit the final report attached hereto as **Exhibit A.**

---

[1] The debtors in these 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are:  ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986).  The Debtors' corporate headquarters is located at 3520 Spirit Drive SE, Albuquerque, NM 87106.

Dated: March 22, 2021
     Wilmington, Delaware

*/s/ Jaime Luton Chapman*

Robert S. Brady (No. 2847) (rbrady@ycst.com)
M. Blake Cleary (No. 3614) (mbcleary@ycst.com)
Sean M. Beach (No. 4070) (sbeach@ycst.com)
Jaime Luton Chapman (No. 4936) (jchapman@ycst.com)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

Chris L. Dickerson (admitted *pro hac vice*)
Brendan M. Gage (admitted *pro hac vice*)
Nathan S. Gimpel (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

- and -

Todd M. Schwartz (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
1117 S. California Avenue
Palo Alto, California 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

*Counsel to the Debtors*

## **EXHIBIT A**

**Final Report**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
---------------------------------------------------------------x
                                              :
In re:                                        :  Chapter 7
                                              :
ONE AVIATION CORPORATION, et al.,[1]          :  Case No. 18-12309 (CSS)
                                              :
              Debtors.                        :  Jointly Administered
                                              :
---------------------------------------------------------------x
```

**FINAL REPORT OF DEBTOR AS DEBTOR IN POSSESSION**
**UPON CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE**
**PURSUANT TO BANKRUPTCY RULE 1019(5)**

**I.    Cash**

- On the date of conversion, the Debtors calculated having approximately $5.78 million in cash on hand. This amount is substantially comprised of the approximately: (i) $4.945 million of AML Sale Proceeds in an account ending in 8834 with Signature Bank; (ii) $250,000 of NHG Sale Proceeds in an IOLTA trust account; and (iii) $584,000 in the escrow accounts of the Professional Persons with Nicolet Bank (collectively, the "Professional Escrow Accounts").

- The Professional Escrow Accounts consisted of the following accounts and balances at Nicolet Bank: (i) approximately $184,834.77 in an account ending in 3721 for Paul Hastings LLP; (ii) approximately $95.00 in an account ending 9647 for Young Conaway Stargatt & Taylor, LLP; (iii) approximately $67,900.00 in account ending in 3672 for Epiq Corporate Restructuring; (iv) approximately $327,371.49 in an account ending in 3693 for Duff & Phelps Securities, LLC; (v) approximately $3,485 in an account ending 3735 for Ernst & Young; (vi) approximately $35.00 in an account ending 3700 for Lowenstein Sandler LLP; (vii) approximately $75.00 in an account ending 3728 for Landis Rath & Cobb LLP; and (viii) approximately $75.00 in an account ending 3707 for Conaway MacKenzie Inc.

- A list of bank accounts, along with the last four digits of account numbers where all of the cash held on the conversion date is located is included on the Bank Accounts

---

[1]    The debtors in these chapter 7 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The debtors' corporate headquarters is located at 3520 Spirit Drive SE, Albuquerque, NM 87106.

Schedule as of 2-24-2021, attached hereto as **Exhibit A**.[2]   A breakdown of the cash held in the Professional Escrow Accounts is attached hereto as **Exhibit B**.

## II.    Accounts Receivable

- All collectible accounts receivable on hand on the Petition Date or generated during the chapter 11 cases were collected in the ordinary course of business.  There are no additional accounts receivable remaining.

## III. Accounts Payable

- On March 4, 2021, the Debtors filed the *Schedule of Unpaid Debts upon Conversion to Chapter 7* [Docket No. 1165] (the "Unpaid Debts Report"), which describes the unpaid debts incurred by the Debtors in their chapter 11 cases to the best of their ability with the information that was available.

## IV.    Date that Matrices of Unpaid Creditors during the Chapter 11 Cases were filed

- March 4, 2021

## V.    Original Chapter 11 Assets

- All of the Debtors' assets as of the Petition Date are set forth on the Debtors' Schedules of Assets and Liabilities, which were filed in the chapter 11 cases between December 2018 and January 2019.

- On November 20, 2020, the Court entered an Order [Docket No. 1063] (the "AML Sale Order"), pursuant to which the sale of certain assets related to the Eclipse debtors (collectively, the "Eclipse Assets") to AML was authorized and approved.

- On December 16, 2020, the Court entered an Order [Docket No. 1078] (the "NHG Sale Order" and together with the AML Sale Order, the "Sale Orders"), pursuant to which the sale of certain assets related to the Kestrel debtors (collectively, the "Kestrel Assets") to Nautical Hero Group, LLC ("NHG") was authorized and approved.  *See* Docket No. 1078-1.

## VI.    New Chapter 11 Assets

- The Debtors did not acquire any assets during their chapter 11 cases, other than inventory acquired in the ordinary course of business (before such business ceased in October 2020), assets that were sold pursuant to the Sale Orders referred to in Part IV above, or certain claims and causes of action identified as retained by the Debtors in Section 2.2 and Schedule 2.2(h) of the AML asset purchase agreement.  *See* Docket

---

[2]    The Bank Accounts Schedule does not include the IOLTA account that held the NHG Sale Proceeds which has since been transferred to the Chapter 7 Trustee and four accounts with Rabobank ending in 8966, 4866, 4867, and 4868, respectively, which have a balance of $0.

No. 1063-1.  A list of the contracts and leases assumed and assigned to AML is listed in Schedule 2.6(b) to the AML purchase agreement.

*          *          *

This Final Report has been prepared for or by the undersigned, who declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge, information, and belief.

Executed on: March 22, 2021        Signed: _____
                                   Print name:   James P. Carroll
                                   Title:        Independent Director of ONE Aviation
                                                 Corporation

**EXHIBIT A**

One Aviation
Bank Accounts
As of 2/24/2021

| Company Accounts | | | | Last 4 Digits |
|---|---|---|---|---|
| Bank Name | Company | Account Name | Type of Account | Account Number |
| | | | | |
| Signature Bank | One Aviation | One Aviation Corporation FBO Unsecured Claims | Bankruptcy IMMA | 8401 |
| Signature Bank | One Aviation | One Aviation Corporation For the Holders of Allowed Senior Subordinated Secured Note Claims | Bankruptcy IMMA | 8428 |
| Signature Bank | One Aviation | Sale Deposit Account | Bankruptcy IMMA | 8834 |
| Signature Bank | One Aviation | Secured DIP 2 | Bankruptcy IMMA | 8826 |
| Bank of America | One Aviation | One Aviation Checking | Checking | 9434 |
| Bank of America | One Aviation | One Aviation Savings | Savings | 9400 |
| Bank of America | One Aviation | One Aviation Payroll | Payroll Checking | 2332 |
| Bank of America | Eclipse Aerospace | Eclipse Aerospace Checking | Checking | 2206 |
| Bank of America | Kestrel Manufacturing LLC | Kestrel Manufacturing LLC | Checking | 2558 |
| Bank of America | OAC Management | OAC Management Checking | Checking | 2639 |
| Mechanics Bank | Mike Wyse FBO Eclipse Aerospace | Mike Wyse Trustee - Receipts | Trustee Checking | 4866 |
| Mechanics Bank | Mike Wyse FBO Eclipse Aerospace | Mike Wyse Trustee - Disbursements | Trustee Checking | 4867 |
| Mechanics Bank | Mike Wyse FBO Eclipse Aerospace | Mike Wyse Trustee - Payroll | Trustee Checking | 4868 |
| Mechanics Bank | Mike Wyse FBO Eclipse Aerospace | Mike Wyse Trustee -  Employee Contributions | Trustee Checking | 4869 |
| Mechanics Bank | Mike Wyse FBO Eclipse Aerospace | Mike Wyse Trustee -  Customer Deposit Account | Trustee Checking | 4870 |
| Mechanics Bank | Mike Wyse FBO Eclipse Aerospace | Mike Wyse Trustee -  Utility Adequite Assurance | Trustee Checking | 4871 |
| | | | | |
| Escrows and non-assignable accounts | | | | |
| National Bank of Commerce | Kestrel Aircraft | New Markets Tax Credit | Escrow | ***4297 |
| Nicolet Bank | Trustee For One Aviation | Young Conaway Stargatt & Taylor | Escrow | ***9647 |
| Nicolet Bank | Trustee For One Aviation | EPIQ Corporate Restructuring | Escrow | ***3672 |
| Nicolet Bank | Trustee For One Aviation | Duff and Phelps | Escrow | ***3693 |
| Nicolet Bank | Trustee For One Aviation | Lowenstein Sandler | Escrow | ***3700 |
| Nicolet Bank | Trustee For One Aviation | Conway Mackenzie Inc | Escrow | ***3707 |
| Nicolet Bank | Trustee For One Aviation | Paul Hastings | Escrow | ***3721 |
| Nicolet Bank | Trustee For One Aviation | Landis Rath and cobb LLP | Escrow | ***3728 |
| Nicolet Bank | Trustee For One Aviation | Ernst and Young | Escrow | ***3735 |

**EXHIBIT B**

## Home

### Accounts

Edit Accounts    Print

**YOUNG CONAWAY STARGATT TAYLOR**
***9647

Current balance
**$95.00**

**EPIQ CORPORATE RESTRUCTURING**
***3672

Current balance
**$67,900.00**

**DUFF & PHELPS**
***3693

Current balance
**$327,371.49**

**LOWENSTEIN SANDLER**
***3700

Current balance
**$35.00**

**CONWAY MACKENZIE INC**
***3707

Current balance
**$75.00**

**PAUL HASTINGS**
***3721

Current balance
**$184,834.77**

**LANDIS RATH & COBB LLP**
***3728

Current balance
**$75.00**

**ERNST AND YOUNG**
***3735

Current balance
**$3,485.00**

© 2015-2020 Fiserv, Inc. or its affiliates.