# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: ONE AVIATION CORPORATION | § § § § | Case No. 18-12309- JKS |
| Debtor(s) | | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that George L. Miller, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
824 North Market St.
3rd Floor
Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/27/2023 in Courtroom 6, 5th Floor, United States Courthouse Courthouse, 824 North Market St., Wilmington, DE 19801. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/01/2023          By: /s/ George L. Miller
                                           Trustee

George L. Miller
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103
(215) 561-0950

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:ONE AVIATION CORPORATION         §   Case No. 18-12309- JKS
                                       §
                                       §
                                       §
            Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

|  |  |
|---|---:|
| *The Final Report shows receipts of :* | $   4,974,417.19 |
| *and approved disbursements of:* | $   4,109,042.70 |
| *leaving a balance on hand of[1] :* | $   865,374.49 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| (11) 105 | DWC Pine Investments I, Ltd. | 28,595,418.67 | 0.00 | 0.00 | 0.00 |
| (11) 20051 | Cantor Fitzgerald Securities | 0.00 | 0.00 | 0.00 | 0.00 |
| (11) 20066 | Zhehiang Jinggong Holding Co., Ltd. | 4,192,542.00 | 0.00 | 0.00 | 0.00 |
| (11) 20067 | CRYSTAL FINANCIAL SBIC LP | 0.00 | 0.00 | 0.00 | 0.00 |
| (11) 20074 | CRYSTAL FINANCIAL SBIC LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 79 | Emmet, Marvin & Martin, LLP | 242,383.46 | 0.00 | 0.00 | 0.00 |
| 80 | Emmet, Marvin & Martin, LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| 83 | Ashby & Geddes, P.A. | 57,058.75 | 0.00 | 0.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 84 | CITIKING INTERNATIONAL US, LLC | 77,000,000.00 | 950,000.00 | 950,000.00 | 0.00 |
| 85 | Crowell & Moring LLP | 68,067.50 | 0.00 | 0.00 | 0.00 |
| 86 | CRYSTAL FINANCIAL SBIC LP | 448,475.29 | 0.00 | 0.00 | 0.00 |
| 87 | Cantor Fitzgerald Securities | 92,766,030.22 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 865,374.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - George L. Miller | 172,482.52 | 0.00 | 172,482.52 |
| Trustee, Expenses - George L. Miller | 231.08 | 0.00 | 231.08 |
| Fees, United States Trustee | 5,667.40 | 0.00 | 5,667.40 |
| Attorney for Trustee Fees (Other Firm) - Cozen O'Connor | 210,184.00 | 156,989.50 | 53,194.50 |
| Attorney for Trustee Expenses (Other Firm) - Cozen O'Connor | 8,642.60 | 6,738.19 | 1,904.41 |

Total to be paid for chapter 7 administrative expenses: $ 233,479.91
Remaining balance: $ 631,894.58

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Paul Hastings LLP | 2,026,781.90 | 2,026,781.90 | 0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Young Conaway Stargatt & Taylor | 275,596.10 | 275,596.10 | 0.00 |
| Other Prior Chapter Professional's Fees - Ernst & Young LLP | 361,408.23 | 361,408.23 | 0.00 |
| Other Prior Chapter Professional's Fees - Duff & Phelps Securities, LLC | 6,179.65 | 6,179.65 | 0.00 |
| Other Prior Chapter Professional's Fees - Landis Rath & Cobb LLP | 81,798.10 | 81,798.10 | 0.00 |
| Other Prior Chapter Professional's Fees - Conway Mackenzie, LLC | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Epiq Corporate Restructuring LLC | 18,222.73 | 18,222.73 | 0.00 |
| Other Prior Chapter Professional's Fees - Wyse Advisors LLC | 240,371.65 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Epiq Corporate Restructuring LLC | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Carroll Services LLC | 144,863.74 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Carroll Services LLC | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Aircraft Partner N58EH Dst. | 1,290,274.75 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Jane X. Wang | 400,000.00 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - AML Global Eclipse LLC | 500,000.00 | 0.00 | 500,000.00 |
| Other Prior Chapter Professional's Fees - Epiq Corporate Restructuring LLC (ADMINISTRATIVE) | 311,455.01 | 0.00 | 131,894.58 |
| Other Prior Chapter Professional's Fees - Lowenstein Sandler LLP (ADMINISTRATIVE) | 77,641.23 | 77,641.23 | 0.00 |
| Other Prior Chapter Professional's Fees - Bank of America, N.A. (ADMINISTRATIVE) | 1,075,640.92 | 0.00 | 0.00 |
| Prior Chapter Trade Debt - Astronics Corporation | 4,059.00 | 0.00 | 0.00 |
| Prior Chapter Trade Debt - Traffic Manson | 500.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for prior chapter administrative expenses: | $ | 631,894.58 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $211,699.69 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| (11) 006 | Department of the Treasury - IRS | 10,000.00 | 0.00 | 0.00 |
| (11) 015 | Department of the Treasury - IRS | 5,000.00 | 0.00 | 0.00 |
| (11) 020 | Department of the Treasury - IRS | 0.00 | 0.00 | 0.00 |
| (11) 036p | Franchise Tax Board | 1,721.67 | 0.00 | 0.00 |
| (11) 044p | NM Taxation and Revenue Dept. | 523.05 | 0.00 | 0.00 |
| (11) 048 | Design Eye-Q LLC | 7,200.00 | 0.00 | 0.00 |
| (11) 128p | Wisconsin Department of Revenue | 2,600.00 | 0.00 | 0.00 |
| (11) 134p | Department of the Treasury - IRS | 819.61 | 0.00 | 0.00 |
| (11) 20004 | Bernco Treasurer/County of Bernalillo | 0.00 | 0.00 | 0.00 |
| (11) 20005 | Bernco Treasurer/County of Bernalillo | 183,835.36 | 0.00 | 0.00 |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $10,482,227.06 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| (11) 023 | FedEx Corporate Services Inc. | 31,871.88 | 0.00 | 0.00 |
| (11) 024 | Sunbelt Rentals | 2,446.15 | 0.00 | 0.00 |
| (11) 028 | Aerowind Corporation | 46,018.72 | 0.00 | 0.00 |
| (11) 029 | Joshua Avaiation Services LLC | 90,058.15 | 0.00 | 0.00 |
| (11) 036u | Franchise Tax Board | 998.83 | 0.00 | 0.00 |
| (11) 037 | Neustar Inc. | 1,059.20 | 0.00 | 0.00 |
| (11) 038 | National Calibration Inc. | 5,794.12 | 0.00 | 0.00 |
| (11) 039 | Commonwealth Edison Company | 714.40 | 0.00 | 0.00 |
| (11) 040 | LinkedIn | 5,625.00 | 0.00 | 0.00 |
| (11) 041 | Klune Industries Inc. | 338,000.00 | 0.00 | 0.00 |
| (11) 044u | NM Taxation and Revenue Dept. | 85.00 | 0.00 | 0.00 |
| (11) 045 | Traverse LLC | 354,258.16 | 0.00 | 0.00 |
| (11) 046 | Colling and Herbers PC | 19,553.57 | 0.00 | 0.00 |
| (11) 050 | Steve & Leslie E. Adams | 21,500.00 | 0.00 | 0.00 |
| (11) 057 | Life Insurance Company of North America | 30,843.28 | 0.00 | 0.00 |
| (11) 059 | Mecaer America Inc. | 257,037.58 | 0.00 | 0.00 |
| (11) 060 | The Citon Computer Corp | 1,053.42 | 0.00 | 0.00 |
| (11) 065 | Jeff Foster Trucking, Inc. | 2,900.00 | 0.00 | 0.00 |
| (11) 073 | Neelu Aviation LLC | 0.00 | 0.00 | 0.00 |
| (11) 081 | Heights Security Inc. | 1,125.00 | 0.00 | 0.00 |
| (11) 090 | Jane X. Wang | 400,000.00 | 0.00 | 0.00 |
| (11) 091 | Jane X. Wang | 0.00 | 0.00 | 0.00 |
| (11) 093 | Best Western Premier Waterfront Hotel | 3,373.17 | 0.00 | 0.00 |
| (11) 095 | Henry & Katheryn Orlosky | 426,314.00 | 0.00 | 0.00 |
| (11) 098 | City of Aurora | 5,700.00 | 0.00 | 0.00 |
| (11) 100 | Padal Inc. | 75,006.58 | 0.00 | 0.00 |
| (11) 104 | Experimental Aircraft Association, Inc. | 69,178.78 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| (11) 110 | Wilkerson Guthmann | 52,930.00 | 0.00 | 0.00 |
| (11) 115 | Beth Virginia Thompson Skye | 20,000.00 | 0.00 | 0.00 |
| (11) 128u | Wisconsin Department of Revenue | 500.00 | 0.00 | 0.00 |
| (11) 134u | Department of the Treasury - IRS | 158.16 | 0.00 | 0.00 |
| (11) 20006 | Blue Cross Blue Shield of New Mexico | 222,107.51 | 0.00 | 0.00 |
| (11) 20008 | A Ron Resources LLC | 0.00 | 0.00 | 0.00 |
| (11) 20009 | A Ron Resources LLC | 0.00 | 0.00 | 0.00 |
| (11) 20011 | Forest Air, LLC | 0.00 | 0.00 | 0.00 |
| (11) 20014 | American Precision Avionics | 36,663.87 | 0.00 | 0.00 |
| (11) 20016 | Brigitte Vonk | 44,450.00 | 0.00 | 0.00 |
| (11) 20018 | Yash Technologies, Inc. | 185,048.86 | 0.00 | 0.00 |
| (11) 20020 | Kurtzman Carson Consultantsm, LLC | 3,473.35 | 0.00 | 0.00 |
| (11) 20021 | Cellco Parthership; Verizon Wireless | 0.00 | 0.00 | 0.00 |
| (11) 20038u | Astronics Corporation | 45,000.00 | 0.00 | 0.00 |
| (11) 20042 | Edward M. Lundeen | 0.00 | 0.00 | 0.00 |
| (11) 20044 | Chicago Executice Airport | 45,157.32 | 0.00 | 0.00 |
| 78 | Astronics Advanced Electronic Systems | 36,223.00 | 0.00 | 0.00 |
| 82 | Liftforward Inc. | 0.00 | 0.00 | 0.00 |
| 88 | Honeywell International, Inc. | 7,600,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims:   $    0.00
Remaining balance:   $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $    0.00
Remaining balance:   $    0.00

Prepared By: /s/ George L. Miller
Trustee

George L. Miller
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103
(215) 561-0950

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**