# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** <br> ONE Aviation Corporation <br> 3250 Spirit Drive SE <br> Albuquerque, NM 87106 <br> **EIN:** 47–3929649 | **Chapter:** 7 <br><br><br> **Case No.:** 18–12309–JKS |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   PLEASE TAKE NOTICE that George L. Miller, trustee for the above styled estate, has filed a Notice of Final Report And Applications For Compensation and Deadline to Object ("NFR") at Docket No. 1357 .

   The Court has scheduled a hearing regarding this report for 12/27/2023 at 10:30AM at the U.S. Bankruptcy Court, 824 Market Street, Courtroom 6 , 5th floor, Wilmington, Delaware. The complete Notice of Final Report may be viewed by accessing the court's website at https://www.deb.uscourts.gov/trustees–final–reports.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Dated: 12/4/23

(VAN–485)