IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ONE AVIATION CORPORATION, *et al.*,[1] | Case No. 18-12309 (JKS) |
| Debtors. | Jointly Administered |

**STATEMENT OF AML GLOBAL ECLIPSE LLC REGARDING THE FILING OF
NOTICE OF REMOVAL OF STATE COURT ACTION**

AML Global Eclipse LLC ("AML Global"), by and through its undersigned counsel, hereby files this statement (this "Statement") in the above-captioned chapter 7 cases (the "Bankruptcy Cases") of the above-captioned debtors (the "Debtors"). In support of this Statement, AML Global respectfully states as follows:

1. On November 17, 2023, Diligent Enterprise Management, LLC ("Diligent"), as successor in interest to Citiking International US LLC ("Citiking") pursuant to an alleged *Assignment of Claims and Causes of Action*, dated June 22, 2023, filed a complaint (the "Complaint") commencing an action (the "State Court Action") in the Supreme Court of the State of New York, County of New York (the "State Court") asserting claims against AML Global, DWC Pine Investments I, Ltd., Alan Klapmeier, James Carroll, Steve Serfling, RJ Siegle, Mike Wyse, and Carol Larotonda (collectively with AML Global, the "Defendants") under Index No. 653523/2023. The Complaint alleges wrongdoing by the Defendants in connection with an asset sale that was conducted under the supervision of, and approved by, this

---

[1] The Debtors in the Bankruptcy Cases, along with the last four digits of each Debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The Debtors' corporate headquarters is located at 3520 Spirit Drive SE, Albuquerque, NM 87106.

Court on November 20, 2020. Citiking's objections to, and appeals of, the foregoing asset sale were rejected by this Court and every subsequent court that considered them on multiple rounds of appeal. A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

2. Pursuant to 28 U.S.C. §§ 1334 and 1452 and Federal Rule of Bankruptcy Procedure 9027, on December 15, 2023, the Defendants filed in the United States District Court for the Southern District of New York a *Notice of Removal* (the "Removal Notice").[2] As required by Federal Rule of Bankruptcy Procedure 9027(c), on December 15, 2023, a copy of the Removal Notice was also filed with the State Court. By operation of law, the State Court Action is now pending in the United States District Court for the Southern District of New York under Civil Action Number 23-CV-10924. A true and correct copy of the Removal Notice is attached hereto as **Exhibit C**.

3. In the event that the State Court Action is transferred to the United States District Court for the District of Delaware, it is likely that the State Court Action will be automatically referred to this Court in accordance with the *Amended Standing Order of Reference Re: Title 11 from the United States District Court for the District of Delaware*, dated February 29, 2012.

4. For the avoidance of doubt, AML Global does not object to the distributions contemplated by the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object* [D.I. 1357] pending before this Court, but AML Global does wish to make this Court and all other parties in interest aware of the Removal Notice in connection with the

---

[2] If there was any doubt that Diligent's claims against the Defendants arise in or relate to the Bankruptcy Cases (which there is not), the Summons with Notice that accompanied the Complaint (the "Summons") conclusively resolves that doubt. The Summons provides that "[t]he nature of this action is for breach of contract, tortious interference, [and] civil conspiracy … relating to the defendants' wrongful and deceptive conduct ***with respect to the bankruptcy and asset sale and purchase of One Aviation Corp.***" (emphasis added). A true and correct copy of the Summons is attached hereto as **Exhibit B**.

State Court Action insomuch as the transfer of the State Court Action to this Court may impact the potential closure of the Bankruptcy Cases.

| | |
|---|---|
| Dated: December 26, 2023<br>Wilmington, Delaware | */s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Mary F. Caloway (DE Bar No. 3059)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone:   (302) 652-4100<br>Facsimile:    (302) 652-4400<br>Email:           ljones@pszjlaw.com<br>                      mcaloway@pszjlaw.com |

- and -

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
Peter B. Siroka
Ryan A. Berger
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Email: peter.siroka@friedfrank.com
           ryan.berger@friedfrank.com

*Counsel to AML Global Eclipse LLC*