**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ONE AVIATION CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 18-12309 (JKS)<br><br>Jointly Administered<br><br>**Re Docket Nos. 1357, 1362, 1370, 1371** |

**FURTHER SUPPLEMENTAL STATEMENT OF AML GLOBAL ECLIPSE LLC
REGARDING THE FILING OF NOTICE OF REMOVAL OF STATE COURT ACTION**

AML Global Eclipse LLC ("AML Global"), by and through its undersigned counsel, hereby files this further supplemental statement (this "Further Supplemental Statement") in the above-captioned chapter 7 cases (the "Bankruptcy Cases") of the above-captioned debtors (the "Debtors"). In support of this Further Supplemental Statement, AML Global respectfully states as follows:

1. On December 26, 2023, AML Global filed the *Statement of AML Global Eclipse LLC Regarding the Filing of Notice of Removal of State Court Action* [D.I. 1362] (the "Statement") with this Court, which is incorporated herein by reference. On February 28, 2023, AML Global filed the *Supplemental Statement of AML Global Eclipse LLC Regarding the Filing of Notice of Removal of State Court Action* [D.I. 1371] (the "Supplemental Statement") with this Court, which is incorporated herein by reference. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Statement and the Supplemental Statement, as applicable.

---

[1] The Debtors in the Bankruptcy Cases, along with the last four digits of each Debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The Debtors' corporate headquarters is located at 3520 Spirit Drive SE, Albuquerque, NM 87106.

2. On November 17, 2023, Diligent, as successor in interest to Citiking, commenced the State Court Action in the State Court, asserting claims against the Defendants (including AML Global) and alleging wrongdoing by the Defendants in connection with an asset sale that was conducted under the supervision of, and approved by, this Court on November 20, 2020.

3. On December 15, 2023, the Defendants filed the Removal Notice, pursuant to which the Defendants removed the State Court Action to the Southern District of New York. On January 31, 2024, Diligent moved to remand the Removed Action to the State Court. On February 27, 2024, AML Global, together with certain of the other defendants in the Removed Action, opposed the Remand Motion and cross-moved to transfer the Removed Action to the United States District Court for the District of Delaware (for referral to this Court).

4. On March 12, 2024, Diligent, without warning, filed a notice of voluntary dismissal in the Removed Action, purportedly dismissing its claims against AML Global and certain of the other defendants (the "March 12th Dismissal"). A true and correct copy of the March 12th Dismissal is attached hereto as **Exhibit A**. On March 15, 2024, Diligent filed a second notice of voluntary dismissal, purportedly also dismissing its claims against the remaining defendants (the "March 15th Dismissal"), thereby ostensibly disposing of the entirety of the Removed Action. A true and correct copy of the March 15th Dismissal is attached hereto as **Exhibit B**. Diligent filed the March 12th Dismissal and the March 15th Dismissal during the pendency of briefing on the Remand Motion and the Cross Motion.

5. On the *same day* as the March 15th Dismissal, Diligent filed a complaint in New York State Court (Index No. 651374/2024) that is *substantively identical* to the complaint in the Removed Action (the "Renewed State Court Action") against AML Global and other defendants from the Removed Action (the "Renewed State Court Action Defendants"). A true and correct

copy of the complaint for the Renewed State Court Action is attached hereto as **Exhibit C**. Diligent's gamesmanship nearly defies credulity, except that such conduct has been an unsurprising par-for-the-course trademark of Citiking in the Bankruptcy Cases and now Diligent in the State Court.

6.  On March 19, 2024, AML Global filed a letter motion asking the Southern District of New York judge overseeing the Removed Action (the Honorable Valerie E. Caproni) to schedule a status conference to discuss how to move forward in the Removed Action (the "Letter Motion"). A true and correct copy of the Letter Motion is attached hereto as **Exhibit D**. Judge Caproni set and held the status conference requested by the Letter Motion for Friday, March 22, 2024 (the "March 22nd Status Conference").

7.  As a result of discussions at the March 22nd Status Conference, the Renewed State Court Action Defendants filed a notice of removal on Monday, March 25, 2024 (the "Renewed Removal Notice"). A true and correct copy of the Renewed Removal Notice is attached hereto as **Exhibit E**. The parties to the Renewed State Court Action will re-file the Remand Motion and the Cross Motion and submit a joint briefing schedule to address (i) a service dispute between Diligent and DWC Pine Investments I, Ltd., and (ii) replies to the Remand Motion and the Cross Motion.

8.  In light of the fact that the Renewed State Court Action may be transferred to the United States District Court for the District of Delaware and referred to this Court for its adjudication, AML Global hereby files this Further Supplemental Statement to request that this Court keep the Bankruptcy Cases open pending the resolution of the above-described process pertaining to the Renewed State Court Action.

| | |
|---|---|
| Dated: March 26, 2024<br>Wilmington, Delaware | */s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Mary F. Caloway (DE Bar No. 3059)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>mcaloway@pszjlaw.com |

- and -

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
Peter B. Siroka
Ryan A. Berger
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Email: peter.siroka@friedfrank.com
ryan.berger@friedfrank.com

*Counsel to AML Global Eclipse LLC*